B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Eastern District of North Carolina** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fountain Powerboats, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**56-1277497** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1653 Whichard's Beach Road**<br>**Washington, NC**<br>ZIP Code **27889** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Beaufort** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P O Drawer 457**<br>**Washington, NC**<br>ZIP Code **27889** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                                                                         **Page 2**

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Fountain Powerboats, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)         (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

               _____
               (Name of landlord that obtained judgment)

               _____
               (Address of landlord)

  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Fountain Powerboats, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** **/s/ John A. Northen, NCSB** _____
Signature of Attorney for Debtor(s)

**John A. Northen, NCSB 6789**
Printed Name of Attorney for Debtor(s)

**Northen Blue, L.L.P.**
Firm Name

**1414 Raleigh Road, Suite 435**
**P.O. Box 2208**
**Chapel Hill, NC 27515-2208**

Address

**(919) 968-4441**
Telephone Number

**August 24, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer).(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Irving Smith** _____
Signature of Authorized Individual

**Irving Smith**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

**August 24, 2009**
Date

In re    **Fountain Powerboats, Inc.**                                            ,        Case No. _____
                                                        Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| **Baja by Fountain, Inc.**<br>**Eastern District of North Carolina** | **affiliate** | |
| **Fountain Dealers' Factory Superstore, Inc.**<br>**Eastern District of North Carolina** | **affiliate** | |
| **Fountain Powerboats Industries, Inc.**<br>**Eastern District of North Carolina** | **parent** | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   Fountain Powerboats, Inc.                                    Case No.
                                    Debtor(s)                        Chapter        11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AQUA TOY STORE<br>800 SOUTH FEDERAL HWY<br>POMPANO BEACH, FL 33062 | AQUA TOY STORE<br>800 SOUTH FEDERAL HWY<br>POMPANO BEACH, FL 33062 | DEALER | | 69,203.77 |
| BANK OF AMERICA<br>P. O. BOX 87024<br>YORBA LINDA, CA 92885 | BANK OF AMERICA<br>P. O. BOX 87024<br>YORBA LINDA, CA 92885 | FLOORPLAN REPURCHASE | Contingent | 1,760,076.00 |
| COMPOSITES ONE<br>723 W ALGONQUIN RD.<br>ARLINGTON  HGTS, IL 60005 | COMPOSITES ONE<br>723 W ALGONQUIN RD.<br>ARLINGTON  HGTS, IL 60005 | INVENTORY PARTS | | 143,317.00 |
| CUMMINS ATLANTIC, INC.<br>PO BOX 601778<br>CHARLOTTE, NC 28260-1778 | CUMMINS ATLANTIC, INC.<br>PO BOX 601778<br>CHARLOTTE, NC 28260-1778 | INVENTORY PARTS | | 168,791.61 |
| Gail A. Villani<br>c/o William J. Brennan, Esq.<br>Phillips Lytle, LLP<br>3400 HSBC Center<br>Buffalo, NY 14203-2887 | Gail A. Villani<br>c/o William J. Brennan, Esq.<br>Phillips Lytle, LLP<br>Buffalo, NY 14203-2887 | breah of warranty | Disputed | 1,000,000.00 |
| GE COMMERCIAL DISTRIBUTION FINANCE CORP.<br>P. O. BOX 74666<br>CHICAGO, IL 60675-4666 | GE COMMERCIAL DISTRIBUTION FINANCE CORP.<br>P. O. BOX 74666<br>CHICAGO, IL 60675-4666 | FLOORPLAN REPURCHASE | Contingent | 18,020,008.00 |
| GE COMMERCIAL DISTRIBUTION FINANCE CORP.<br>P. O. BOX 74666<br>CHICAGO, IL 60675-4666 | GE COMMERCIAL DISTRIBUTION FINANCE CORP.<br>P. O. BOX 74666<br>CHICAGO, IL 60675-4666 | FLOORPLAN REPOSSESSION | | 128,407.04 |
| GE COMMERICAL DISTRIBUTION-FINANCE CORPORATION<br>PO BOX 74666<br>CHICAGO, IL 60675-4666 | GE COMMERICAL DISTRIBUTION-FINANCE CORPORATION<br>PO BOX 74666<br>CHICAGO, IL 60675-4666 | FLOOR PLAN | | 117,502.16 |
| ILMOR MARINE ENGINES<br>43939 PLYMOUTH OAKS BOULEVARD<br>PLYMOUTH, MI 48170-2557 | ILMOR MARINE ENGINES<br>43939 PLYMOUTH OAKS BOULEVARD<br>PLYMOUTH, MI 48170-2557 | INVENTORY PARTS | | 95,337.72 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    Fountain Powerboats, Inc.                        Case No.                          

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Jon C Fisher<br>22 Stone Creek Park<br>Owensboro, KY 42303 | Jon C Fisher<br>22 Stone Creek Park<br>Owensboro, KY 42303 | Deposit | | 310,233.00 |
| KEY BANK<br>4910 TIEDEMAN ROAD<br>BROOKLYN, OH 44144 | KEY BANK<br>4910 TIEDEMAN ROAD<br>BROOKLYN, OH 44144 | FLOORPLAN REPURCHASE | Contingent | 1,830,095.00 |
| LAKE CUMBERLAND MARINE<br>RANDY HARTMAN<br>105 COLLINS AVE<br>SOMERSET, KY 42501 | LAKE CUMBERLAND MARINE<br>RANDY HARTMAN<br>105 COLLINS AVE<br>SOMERSET, KY 42501 | DEALER | | 88,829.97 |
| LEGEND MARINE GROUP<br>1835 FORMS DRIVE # 100<br>CARROLLTON, TX 75006 | LEGEND MARINE GROUP<br>1835 FORMS DRIVE # 100<br>CARROLLTON, TX 75006 | DEALER | | 81,335.25 |
| MERCURY MARINE<br>PO BOX 91780<br>CHICAGO, IL 60693 | MERCURY MARINE<br>PO BOX 91780<br>CHICAGO, IL 60693 | INVENTORY PARTS | | 325,728.70 |
| REGIONS BANK<br>1900 5th Ave N<br>Birmingham, AL 35203 | REGIONS BANK<br>1900 5th Ave N<br>Birmingham, AL 35203 | FLOORPLAN GUARANTY, FOUNTAIN DEALERS' POWERBOATS SUPERSTORE, INC. | | 613,200.65 |
| Regions Bank<br>1900 5th Ave N<br>Birmingham, AL 35203 | Regions Bank<br>1900 5th Ave N<br>Birmingham, AL 35203 | Furniture, fixtures, equipment, real estate | | 13,470,736.03<br><br>(13,282,620.00 secured) |
| Salman Hamad<br>1600 Sh Salman Hwy<br>Riffa BAHRAIN | Salman Hamad<br>1600 Sh Salman Hwy<br>Riffa BAHRAIN | Deposit | | 100,000.00 |
| Terrebonne Parish<br>General Fund<br>P. O. Drawer 1670<br>Houma, LA 70361 | Terrebonne Parish<br>General Fund<br>P. O. Drawer 1670<br>Houma, LA 70361 | Deposit | | 100,000.00 |
| TEXTRON FINANCIAL<br>6110 GOLDEN HILLS DR.<br>GOLDEN VALLEY, MN 55416 | TEXTRON FINANCIAL<br>6110 GOLDEN HILLS DR.<br>GOLDEN VALLEY, MN 55416 | FLOORPLAN REPURCHASE | Contingent | 5,671,013.00 |
| TEXTRON FINANCIAL<br>6110 GOLDEN HILLS DR.<br>GOLDEN VALLEY, MN 55416 | TEXTRON FINANCIAL<br>6110 GOLDEN HILLS DR.<br>GOLDEN VALLEY, MN 55416 | FLOORPLAN REPOSSESSION | | 1,291,415.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    Fountain Powerboats, Inc. _____     Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   August 24, 2009 _____        Signature   /s/ Irving Smith _____
                                                          Irving Smith
                                                          Chief Financial Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Form 6 - Summary)  (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    Fountain Powerboats, Inc.

Debtor(s)

Case No.
Chapter    11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $7,764,018.00 | | |
| B - Personal Property | Yes | 4 | $10,603,250.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $16,862,979.47 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $492,115.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 49 | | $32,869,941.21 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $N/A |
| **TOTAL** | | 63 | $18,367,268.00 | $50,225,035.68 | |

B6A (Official Form 6A) (12/07)

In re   **Fountain Powerboats, Inc.**                                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Land and building, book value as of 6/30/09** | | - | 7,764,018.00 | 7,764,018.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **7,764,018.00** | (Total of this page) |
| Total > | **7,764,018.00** | |

**0**     continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Fountain Powerboats, Inc.**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Book value as of 6/30/09** | - | **515,469.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposit by Legend Marine Group, held in escrow for contract to purchase boat** | - | **15,000.00** |
| | | **Deposit by Morgan Kitchens, held in escrow for contract to purchase boat** | - | **25,000.00** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Key Man Life Insurance (net of policy loan)** | - | **365,735.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total >  | **921,204.00** |
| (Total of this page) | |

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.** ,                    Case No. _____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Book value as of 6/30/09** | **-** | **819,076.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **819,076.00**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.**                                                ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Book value as of 5/31/09 | - | 42,697.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Book value as of 6/30/09 | - | 242,050.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Telephone system - server | - | 65,000.00 |
| | | Copiers | - | 2,000.00 |
| | | Copiers | - | 155,000.00 |
| | | Copiers | - | 7,500.00 |
| | | Letter folder | - | 13,200.00 |
| | | Copier | - | 85,000.00 |
| | | video equipment | - | 65,000.00 |
| | | Accu Router | - | 24,000.00 |
| | | Accu Router | - | 122,000.00 |
| | | Eastman Glass Cutting Table | - | 95,000.00 |
| | | Other machinery and equipment, book value as of 6/30/09 | - | 265,893.00 |

Sub-Total >     **1,184,340.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Fountain Powerboats, Inc.** _____ ,     Case No. _____

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | **Book value as of 6/30/09** | - | **2,445,493.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Prepaid items, book value as of 6/30/09** | - | **222,478.00** |
| | | **Molds and general intangibles, book value as of 6/30/09** | - | **4,935,095.00** |
| | | **Other assets, book value as of 6/30/09** | - | **75,564.00** |

|  |  |
|---|---|
| Sub-Total > | **7,678,630.00** |
| (Total of this page) | |
| Total > | **10,603,250.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Fountain Powerboats, Inc.**                                                    Case No. _____
                                                     Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **X063742**<br><br>**CIT Communications Finance Corp**<br>**1 CIT Drive**<br>**Livingston, NJ 07039** | | - | 12/26/2007<br><br>Telephone system - server<br><br>Value $         65,000.00 | | | | 43,457.80 | 0.00 |
| Account No. **900-0069115-000**<br><br>**CIT Technology**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | | - | 5/5/2005<br><br>Copiers<br><br>Value $          2,000.00 | | | | 2,463.67 | 463.67 |
| Account No. **EX6069**<br><br>**Executive Leasing**<br>**P O Box 2978**<br>**Greenville, NC 27836** | | - | 2/25/2009<br><br>Copiers<br><br>Value $        155,000.00 | | | | 137,952.88 | 0.00 |
| Account No. **90133730957**<br><br>**GE Capital**<br>**1961 Hirst Drive**<br>**Moberly, MO 65270** | | - | 9/8/2006<br><br>Copiers<br><br>Value $          7,500.00 | | | | 7,553.77 | 53.77 |
| **3**  continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 191,428.12 | 517.44 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.**                                    ,   Case No. _____
                                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Global Premium Finance Co** <br>**c/o Thomas Rutherford Inc.** <br>**3101 Glenwood Ave, Suite 105** <br>**Raleigh, NC 27612** | - | | 4/1/09 <br><br>**Premium Fiannce Agreement** <br><br><br> Value $            **210,000.00** | | | | **200,000.00** | **0.00** |
| Account No. <br><br>**Legend Marine Group** <br>**1835 Forms Drive # 100** <br>**Carrollton, TX 75006** | - | | 6/4/2009 <br><br>**Deposit by Legend Marine Group, held in escrow for contract to purchase boat** <br><br> Value $             **15,000.00** | | | | **15,000.00** | **0.00** |
| Account No. **1200222** <br><br>**Marlin Business** <br>**180 E Main Street** <br>**Suite 204** <br>**Tustin, CA 92780** | - | | 10/1/2008 <br><br>**video equipment** <br><br><br> Value $             **65,000.00** | | | | **55,146.71** | **0.00** |
| Account No. <br><br>**Morgan Kitchens** <br>**28430 Ono Blvd** <br>**Orange Beach, AL 36561-3252** | - | | 5/21/2009 <br><br>**Deposit by Morgan Kitchens, held in escrow for contract to purchase boat** <br><br> Value $             **25,000.00** | | | | **25,000.00** | **0.00** |
| Account No. **81378000** <br><br>**National City** <br>**995 Dalton Avenue** <br>**Cincinnati, OH 45203** | - | | 1/12/2007 <br><br>**Accu Router** <br><br><br> Value $             **24,000.00** | | | | **13,872.48** | **0.00** |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | **309,019.19** | **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Fountain Powerboats, Inc.**                                      ,        Case No. _____
                                                      Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **76917000**<br><br>**National City**<br>**995 Dalton Avenue**<br>**Cincinnati, OH 45203** | - | | | | **10/27/2006**<br><br>**Accu Router**<br><br>Value $               **122,000.00** | | | | **96,846.44** | **0.00** |
| Account No. **77171000**<br><br>**National City**<br>**995 Dalton Avenue**<br>**Cincinnati, OH 45203** | - | | | | **11/27/2006**<br><br>**Eastman Glass Cutting Table**<br><br>Value $                **95,000.00** | | | | **62,295.17** | **0.00** |
| Account No. **6457080**<br><br>**Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI 54956-1005** | - | | | | **10/24/2006**<br><br>**Letter folder**<br><br>Value $                **13,200.00** | | | | **11,983.13** | **0.00** |
| Account No. **60-1752743787  9001**<br><br>**Regions Bank**<br>**1900 5th Ave N**<br>**Birmingham, AL 35203** | X - | | | | **9/19/2005**<br><br>**Term loan (cross collateralized)**<br><br>**Furniture, fixtures, equipment, real estate**<br><br>Value $         **13,282,620.00** | | | | **13,470,736.03** | **188,116.03** |
| Account No. **60-1752743787  152678**<br><br>**Regions Bank**<br>**1900 5th Ave N**<br>**Birmingham, AL 35203** | X - | | | | **11/16/2007**<br><br>**Credit Line (cross collateralized)**<br><br>**Accounts receivable, inventory**<br><br>Value $          **2,000,000.00** | | | | **1,994,670.89** | **0.00** |

Sheet  **2**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **15,636,531.66** | **188,116.03** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Fountain Powerboats, Inc.**                                          ,        Case No. _____
                                                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Regions Bank** <br>**1900 5th Ave N** <br>**Birmingham, AL 35203** | | - | **9/20/2005** <br><br>**Interest rate swap (cross collateralized)** <br><br>**Accounts receivable, furniture, fixtures, equipment, inventory, real estate** <br><br> Value $          **1,264,569.00** | | | | **645,419.00** | **0.00** |
| Account No. **700452121** <br><br>**Xerox Capital Services** <br>**Attn: Mail Stop R382-LV440** <br>**1301 Ridgeway Drive** <br>**Lewisville, TX 75057** | | - | **10/17/2008** <br><br>**Copier** <br><br><br> Value $               **85,000.00** | | | | **80,581.50** | **0.00** |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br> Value $ | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br>(Total of this page) | **726,000.50** | **0.00** |
|---|---|---|---|
| | Total <br>(Report on Summary of Schedules) | **16,862,979.47** | **188,633.47** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Fountain Powerboats, Inc.**                                                    ,    Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>  **2**  </u>  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.**
_____,    Case No. _____
                                   Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community  DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY  AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Frederick Gross 684 Freeling Drive Sarasota, FL 34242** | - | | | | | | **68,550.00** | 66,125.00  **2,425.00** |
| Account No. | | | | | | | | |
| **James Efstathion 13106 Mandrain Road Jacksonville, FL 32223** | - | | | | | | **13,332.00** | 10,907.00  **2,425.00** |
| Account No. | | | Deposit | | | | | |
| **Jon C Fisher 22 Stone Creek Park Owensboro, KY 42303** | - | | | | | | **310,233.00** | 307,808.00  **2,425.00** |
| Account No. | | | Deposit | | | | | |
| **Salman Hamad 1600 Sh Salman Hwy Riffa BAHRAIN** | - | | | | | | **100,000.00** | 97,575.00  **2,425.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 482,415.00 |
|---|---|---|
| | (Total of this page) | 492,115.00     9,700.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Fountain Powerboats, Inc.** _____ ,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | **2009** | | | | | | |
| **Beaufort County** PO Box 633 Washington, NC 27889 | - | | | **Property taxes Real** | | | | Unknown | **Unknown** | |
| | | | | | | | | **Unknown** | | **0.00** |
| Account No. | | | | **2009** | | | | | | |
| **Beaufort County** PO Box 633 Washington, NC 27889 | - | | | **Property taxes Personal** | | | | Unknown | **Unknown** | |
| | | | | | | | | **Unknown** | | **0.00** |
| Account No. | | | | **for notice purposes only** | | | | | | |
| **Employment Security Commission** 700 Wade Avenue P.O. Box 26504 Raleigh, NC 27611 | - | | | | | | | 0.00 | **0.00** | |
| | | | | | | | | **0.00** | | **0.00** |
| Account No. | | | | **for notice purposes only** | | | | | | |
| **Internal Revenue Service** Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | - | | | | | | | 0.00 | **0.00** | |
| | | | | | | | | **0.00** | | **0.00** |
| Account No. | | | | **for notice purposes only** | | | | | | |
| **N.C. DEPT OF REVENUE** P.O. BOX 25000 RALEIGH, NC 27640 | - | | | | | | | 0.00 | **0.00** | |
| | | | | | | | | **0.00** | | **0.00** |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | **0.00** **0.00** |
| Total (Report on Summary of Schedules) | **492,115.00** | **482,415.00** **9,700.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Fountain Powerboats, Inc.**                                                                 ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | June/May | | | | |
| **A & D WATERCARE** **700 JOHN SMALL AVENUE** **PO BOX 700** **WASHINGTON, NC 27889** | - | | | | MRO SUPPLIES | | | | 175.00 |
| Account No. | | | | | June/April | | | | |
| **A I M SUPPLY CO., INC.** **LOCKBOX #536491** **PHOENIX BUSINESS PARK** **COLLEGE PARK, GA 30349** | - | | | | MRO SUPPLIES | | | | 854.18 |
| Account No. | | | | | May | | | | |
| **ACCULIFT INC.** **17516 DIX ROAD** **MELVINDALE, MI 48122** | - | | | | MRO SUPPLIES | | | | 2,023.20 |
| Account No. | | | | | Mar | | | | |
| **ACR ELECTRONICS, INC.** **PO BOX 414857** **BOSTON, MA 02241-4857** | - | | | | INVENTORY PARTS | | | | 1,617.96 |
| | | | | | Subtotal (Total of this page) | | | | 4,670.34 |

__48__   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 S/N:20666-090714   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ACTIVE DATA SERVICES**<br>**PO BOX 63106**<br>**CHARLOTTE, NC 28263-3106** | - | | **Mar/Jan**<br>**SALES SUPPORT** | | | | 8,363.40 |
| Account No.<br><br>**ADP, INC**<br>**PO BOX 9001006**<br>**LOUISVILLE, KY 40290-1006** | - | | **May**<br>**PAYROLL SERVICES** | | | | 256.96 |
| Account No.<br><br>**AFFINITY MEDIA**<br>**6420 SYCAMORE LANE, SUITE 100**<br>**MAPLE GROVE, MN 55369-9986** | - | | **Mar**<br>**ADVERTISING** | | | | 10,880.00 |
| Account No.<br><br>**AIRFLOW, INC**<br>**203 AERO COURT**<br>**Greensboro, NC 27409** | - | | **MRO SUPPLIES** | | | | 1,249.08 |
| Account No.<br><br>**AIRGAS NATIONAL WELDERS**<br>**PO BOX 601985**<br>**CHARLOTTE, NC 28260-1985** | - | | **June/May**<br>**MRO SUPPLIES** | | | | 1,092.61 |

Sheet no. __1__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **21,842.05**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fountain Powerboats, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **AKERMAN, SENTERFITT & EIDSON,** **P.O. BOX 4906** **ORLANDO, FL 32802** | - | | May/Jan <br> LEGAL FEES | | | | 36,909.86 |
| Account No. <br><br> **ALLTIZER, INC** **28-B INDUSTRIAL PKWY** **MOUND HOUSE, NV 89706** | - | | May <br> INVENTORY PARTS | | | | 310.40 |
| Account No. <br><br> **AMERICAN EXPRESS** **TRAVEL RELATED SERVICES CO INC** **P O BOX  650448** **DALLAS, TX 75265-0448** | - | | May/April <br> ADMIN FEES | | | | 2,908.63 |
| Account No. <br><br> **AMERICAN EXPRESS/TRAVEL** **TRAVEL RELATED SERVICES CO INC** **PO BOX 360001** **FT.LAUDERDALE, FL 33336-0001** | - | | May/April <br> ADMIN FEES | | | | 35,607.75 |
| Account No. <br><br> **AMERICAN PERFORMANCE MARINE** **64 OLD SOUTH RIVER ROAD** **EDGEWATER, MD 21037** | - | | May <br> DEALER | | | | 37,776.74 |

Sheet no.  __2__  of  __48__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**113,513.38**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fountain Powerboats, Inc.** _____,   Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Inventory parts | | | | |
| American Silk Mills 4605 Payspere Circle Chicago, IL 60674 | | - | | | | | 626.91 |
| Account No. | | | May INVENTORY PARTS | | | | |
| AMERIDRIVES POWER TRANSMISSION PO BOX 1450 MINNEAPOLIS, MN 55485-5931 | | - | | | | | 364.92 |
| Account No. | | | May/April MRO SUPPLIES | | | | |
| AMERITOOL 7 CENTRE DRIVE ORCHARD BANK, NY 14127 | | - | | | | | 265.35 |
| Account No. | | | May INVENTORY PARTS | | | | |
| AQUA CUT TECHNOLOGIES 348 POPLAR AVENUE SUITE 100 DEVON, PA 19333 | | - | | | | | 455.56 |
| Account No. | | | May DEALER | | | | |
| AQUA TOY STORE 800 SOUTH FEDERAL HWY POMPANO BEACH, FL 33062 | | - | | | | | 69,203.77 |

| | | |
|---|---|---|
| Sheet no. __3__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 70,916.51 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fountain Powerboats, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Invetnory parts | | | | |
| Armstrong Marine, Inc. 3140 S.E. Dominica Terrace Stuart, FL 34997 | | - | | | | | 561.48 |
| Account No. | | | April INVENTORY PARTS | | | | |
| ATL SPEAR ROAD INDUSTRIAL PK RAMSEY, NJ 07446 | | - | | | | | 3,984.51 |
| Account No. | | | May INVENTORY PARTS | | | | |
| ATTWOOD CORP 78 REMITTANCE DR.-STE1311 CHICAGO, IL 60675 | | - | | | | | 435.60 |
| Account No. | | | Feb ADVERTISING | | | | |
| AVALA MARKETING GROUP 1078 HEADQUARTERS PARK DR FENTON, MO 63026 | | - | | | | | 8,743.86 |
| Account No. | | | Invetntory parts | | | | |
| Avaya Financial Services P O Box 93000 Chicago, IL 60673-0001 | | - | | | | | 2,507.18 |

Sheet no. __4__ of __48__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)        16,232.63

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fountain Powerboats, Inc.**                                            ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**B2I TECHNOLOGIES<br>2000 NORTH CENTRAL EXPRESSWAY<br>SUITE 209<br>PLANO, TX 75074** | - | | **Jan and prior<br>ADMIN FEES** | | | | 1,123.52 |
| Account No.<br><br>**BALLANTYNE PUBLISHING<br>PO BOX 29585<br>GREENSBORO, NC 27429** | - | | **Jan and prior<br>ADVERTISING** | | | | 3,000.00 |
| Account No.<br><br>**BAM MARINE OF FLA, INC<br>315 SW 15TH AVENUE<br>POMPANO BEACH, FL 33069** | - | | **April<br>INVENTORY PARTS** | | | | 1,873.41 |
| Account No.<br><br>**BANK OF AMERICA<br>MAIL CODE GA7-903-04-27<br>1355 WIND WOOD CONCOURSE<br>ALPHARETTA, GA 30005** | - | | **May<br>FLOOR PLAN** | | | | 2,725.96 |
| Account No.<br><br>**BANK OF AMERICA<br>P. O. BOX 87024<br>YORBA LINDA, CA 92885** | - | | **May 2009<br>FLOORPLAN REPURCHASE** | X | | | 1,760,076.00 |

Sheet no. __5__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          | 1,768,798.89 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Fountain Powerboats, Inc.** _____ ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **BASS PRODUCTS, INC. 50 GROVE STREET SALEM, MA 01970** | - | | June INVENTORY PARTS | | | | 720.79 |
| Account No. **Beaufort Equipment Co Inc 3108 John Small Avenue Washington, NC 27889** | - | | Inventory parts | | | | 110.81 |
| Account No. **BENT MARINE 8001 AIRLINE DRIVE METAIRIE, LA 70003** | - | | May DEALER | | | | 3,938.53 |
| Account No. **BEP Marine, Inc. 23287 Network Place Chicago, IL 60673-1232** | - | | Inventory parts | | | | 98.11 |
| Account No. **Bernard Engraving Co 6051 Telegraph Road Toledo, OH 43612** | - | | Inventory parts | | | | 39.14 |

Sheet no. __6__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **4,907.38**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.**                                        ,        Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**BILLET PROOF DESIGNS**<br>**348 POPLAR AVE**<br>**DEVON, PA 19333** | - | | | **May**<br>**INVENTORY PARTS** | | | | **1,186.00** |
| Account No.<br><br>**BLACKFISH MARINE**<br>**1506 DURANLEAU STREET**<br>**VANCOUVER, BC V6H3S4** | - | | | **May**<br>**SERVICE/WARRANTY** | | | | **899.45** |
| Account No.<br><br>**BLUE SEA SYSTEMS**<br>**425 SEQUOIA DRIVE**<br>**BELLINGHAM, WA 98226** | - | | | **May**<br>**INVENTORY PARTS** | | | | **1,069.72** |
| Account No.<br><br>**Boat Show Direct**<br>**955 Ferry Blvd**<br>**Stratford, CT 00614** | - | | | **Deposit** | | | | **11,800.00** |
| Account No.<br><br>**BONNIER CORPORATION**<br>**PO BOX 406480**<br>**ATLANTA, GA 30384** | - | | | **Jan and prior**<br>**ADVERTISING** | | | | **7,650.00** |

Sheet no. __7__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,605.17**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.**                        ,        Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bosworth Co**<br>**930 Waterman Ave**<br>**East Providence, RI 02914** | - | | **Inventory parts** | | | | 121.20 |
| Account No.<br><br>**Braun Mfg Inc**<br>**1350 Feehanville Dr**<br>**Mount Prospect, IL 60056** | - | | **Inventory parts** | | | | 239.16 |
| Account No.<br><br>**Bryan Nelson Schroeder**<br>**P O Drawer 1529**<br>**Pascagoula, MS 39568-1529** | - | | **Legal fees** | | | | 33,477.65 |
| Account No.<br><br>**BUCKMAN AUTO SUPPLY CO**<br>**P O BOX 1805**<br>**127 W 5TH ST**<br>**WASHINGTON, NC 27889** | - | | **June/May**<br>**INVENTORY PARTS** | | | | 3,991.26 |
| Account No.<br><br>**CARDINAL INDUSTRIAL FINISHES**<br>**PO BOX 9296**<br>**SOUTH EL MONTE, CA 91733-0965** | - | | **May/Feb**<br>**INVENTORY PARTS** | | | | 512.51 |

Sheet no. __8__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                   Subtotal (Total of this page)      **38,341.78**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fountain Powerboats, Inc.**                                          ,    Case No. _____
                                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CARVER MACHINE WORKS, INC**<br>**129 CHRISTIAN  SERVICE CAMP RD**<br>**WASHINGTON, NC 27889** | - | | June<br>INVENTORY PARTS | | | | 315.00 |
| Account No.<br><br>**CENTRAL WHOLESALE SUPPLY**<br>**PO BOX 7206**<br>**NORFOLK, VA 23509** | - | | Jan and prior<br>INVENTORY PARTS | | | | 11,775.00 |
| Account No.<br><br>**CHALLENGER  HARDWARE  CO.**<br>**25200 CHAGRIN BLVD SUITE 245**<br>**BEACHWOOD, OH 44122** | - | | May<br>INVENTORY PARTS | | | | 1,030.00 |
| Account No.<br><br>**CHANNEL BLADE TECHNOLOGIES**<br>**INC**<br>**2900 SABRE STREET**<br>**VIRGINIA BEACH, VA 23452** | - | | April<br>ADVERTISING | | | | 2,250.00 |
| Account No.<br><br>**CIT Technology Financial Services**<br>**P O Box 550599**<br>**Jacksonville, FL 32255-0599** | - | | Leasing | | | | 230.71 |

Sheet no. __9___ of __48___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     15,600.71

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Mar INVENTORY PARTS | | | | |
| COBRA WIRE & CABLE PO BOX 790 HATBORO, PA 19040 | - | | | | | | 1,050.00 |
| Account No. | | | June/May INVENTORY PARTS | | | | |
| COMPOSITES ONE 723 W ALGONQUIN RD. ARLINGTON  HGTS, IL 60005 | - | | | | | | 143,317.00 |
| Account No. | | | May FREIGHT | | | | |
| CON-WAY SOUTHERN PO BOX 5160 PORTLAND, OR 97208-5160 | - | | | | | | 181.36 |
| Account No. | | | Jan and prior INVENTORY PARTS | | | | |
| CRAFT  ORIGINATORS 41A BROCKELEY DRIVE HAMILTON, ON L8E3C3 | - | | | | | | 2,989.55 |
| Account No. | | | Mar/Feb INVENTORY PARTS | | | | |
| CUMMINS ATLANTIC, INC. PO BOX 601778 CHARLOTTE, NC 28260-1778 | - | | | | | | 168,791.61 |

Sheet no. __10__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                316,329.52

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.** _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CUSTOM MARINE INC.**<br>**PO BOX 934251**<br>**ATLANTA, GA 31193-4251** | - | | **June/May**<br>**INVENTORY PARTS** | | | | 21,373.62 |
| Account No.<br><br>**DAIRYLAND ELECTRICAL INC.**<br>**PO BOX 187**<br>**STOUGHTON, WI 53589** | - | | **June/May**<br>**INVENTORY PARTS** | | | | 1,007.00 |
| Account No.<br><br>**DANIEL R. SMITH**<br>**1338 SOUTH KILLIAN DRIVE**<br>**SUITE 11**<br>**LAKE PARK, FL 33403** | - | | **May/Feb**<br>**INVENTORY PARTS** | | | | 668.66 |
| Account No.<br><br>**DOMETIC ENVIRONMENT**<br>**SYS.-TAYLO**<br>**2000 North Andrews Ave Ext.**<br>**Pompano Beach, FL 33069** | - | | **June/May**<br>**INVENTORY PARTS** | | | | 2,635.84 |
| Account No.<br><br>**DPI Marine Inc**<br>**1200 Abbott Drive**<br>**Elgin, IL 60120** | - | | **Inventory parts** | | | | 436.00 |

Sheet no. __11__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **26,121.12**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.**                                    ,          Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | May | | | | |
| **DR. SHRINK, INC 1606 STATE STREET MANISTEE, MI 49660** | - | | INVENTORY PARTS | | | | 2,263.12 |
| Account No. | | | May | | | | |
| **DUCKY'S BOATS, INC. 4001 VINE STREET MIDDLETOWN, PA 17057** | - | | DEALER | | | | 16,468.00 |
| Account No. | | | Inventory Parts | | | | |
| **E-Tec Marine Products Ltd 7555 Garden Road Riviera Beach, FL 33404** | - | | | | | | 435.20 |
| Account No. | | | June/May | | | | |
| **EASTERN HYDRAULIC AND PT PO BOX 552 ROCKY MOUNT, NC 27802** | - | | INVENTORY PARTS | | | | 4,074.22 |
| Account No. | | | May | | | | |
| **EDDIE MARINE 11479 SIXTH STREET RANCHO CUCAMONG, CA 91730** | - | | INVENTORY PARTS | | | | 688.00 |

Sheet no. __12__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **23,928.54**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.** _____,   Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | utilities | | | | |
| Embarq P O Box 96064 Charlotte, NC 28296 | | - | | | | | | | 3,336.48 |
| Account No. | | | | | June UTILITIES | | | | |
| F. RAY MOORE OIL CO, INC P O BOX 2068 WASHINGTON, NC 27889 | | - | | | | | | | 3,336.48 |
| Account No. | | | | | May FREIGHT | | | | |
| FEDERAL EXPRESS PO BOX 371461 PITTSBURGH, PA 15250-7461 | | - | | | | | | | 677.41 |
| Account No. | | | | | Freight | | | | |
| FedEx Freight East Inc. P O Box 406708 Atlanta, GA 30384-6708 | | - | | | | | | | 677.41 |
| Account No. | | | | | May INVENTORY PARTS | | | | |
| FIREBOY SYSTEMS DIVISION P O BOX 152 GRAND RAPIDS, MI 49501-0152 | | - | | | | | | | 832.25 |

Sheet no. __13__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           8,860.03

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fountain Powerboats, Inc.** _____,  Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Flanders/CSC** <br> **531 Flanders Road** <br> **Washington, NC 27889** | - | | **Inventory Parts** | | | | 185.28 |
| Account No. <br><br> **FOAM TO SIZE INC.** <br> **P O BOX 6368** <br> **ASHLAND, VA 23005** | - | | **April/Mar** <br> **INVENTORY PARTS** | | | | 2,702.50 |
| Account No. <br><br> **FORCE 10  MANUFACTURING CORP.** <br> **UNIT A - 19169  21 ST AVE** <br> **SURREY, BC V3S 3M3** | - | | **May** <br> **INVENTORY PARTS** | | | | 606.62 |
| Account No. <br><br> **FORM/TEC PLASTICS,INC** <br> **PO BOX 1672** <br> **MARTINSVILLE, IN 46151** | - | | **April** <br> **INVENTORY PARTS** | | | | 3,018.40 |
| Account No. <br><br> **Fountain Worldwide** <br> **3336 SE Grand Parkway** <br> **Stuart, FL 34997** | - | | **Deposit** | | | | 40,000.00 |

Sheet no. __14__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          46,512.80

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | June/May INVENTORY PARTS | | | | |
| FRISCHKORN, INC. PO BOX 536479 ATLANTA, GA 30353-6479 | - | | | | | | 227.20 |
| Account No. | | | Inventory parts | | | | |
| G & T Industries (Foam) 2741 Cathy Lane Jasper, IN 47546 | - | | | | | | 1,514.52 |
| Account No. | | | June/May INVENTORY PARTS | | | | |
| G & T INDUSTRIES, INC. (Vinyl) 1001 76TH STREET SW BYRON CENTER, MI 49315 | - | | | | | | 4,753.13 |
| Account No. | | | breah of warranty | | | | |
| Gail A. Villani c/o William J. Brennan, Esq. Phillips Lytle, LLP 3400 HSBC Center Buffalo, NY 14203-2887 | - | | | | | X | 1,000,000.00 |
| Account No. | | | June/May INVENTORY PARTS | | | | |
| GARMIN P. O. BOX 842603 KANASA CITY, MO 64184-2603 | - | | | | | | 16,522.26 |

Sheet no. __15__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,023,017.11

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.**                                    ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GE CAPITAL PO BOX 740423 ATLANTA, GA 30374-0423** | - | | May LEASING | | | | 1,777.08 |
| Account No. **GE COMMERCIAL DISTRIBUTION FINANCE CORP. P. O. BOX 74666 CHICAGO, IL 60675-4666** | - | | April 2009 FLOORPLAN REPOSSESSION | | | | 128,407.04 |
| Account No. **GE COMMERCIAL DISTRIBUTION FINANCE CORP. P. O. BOX 74666 CHICAGO, IL 60675-4666** | - | | May 2009 FLOORPLAN REPURCHASE | X | | | 18,020,008.00 |
| Account No. **GE COMMERICAL DISTRIBUTION- FINANCE CORPORATION PO BOX 74666 CHICAGO, IL 60675-4666** | - | | April/Mar FLOOR PLAN | | | | 117,502.16 |
| Account No. **GEM 140 INDUSTRIAL LOOP ORANGE PARK, FL 32073** | - | | June/May INVENTORY PARTS | | | | 454.50 |

| | | |
|---|---|---|
| Sheet no. __16__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 18,268,148.78 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fountain Powerboats, Inc.** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Genova Product**<br>**Dept 116501**<br>**P O Box 67000**<br>**Detroit, MI 48267** | - | | Inventory parts | | | | **38.94** |
| Account No.<br><br>**Gerber Scientific International**<br>**Dept CH17522**<br>**Palatine, IL 60055-7522** | - | | Inventory Parts | | | | **5,689.17** |
| Account No.<br><br>**GLASER MILLS, INC.**<br>**107 NORTHERN BLVD.**<br>**GREAT NECK, NY 11021** | - | | **Feb**<br>**INVENTORY PARTS** | | | | **1,171.09** |
| Account No.<br><br>**Grainger Inc.**<br>**Dept 810868687**<br>**P O Box 419267**<br>**Kansas City, MO 64141-6267** | - | | Inventory parts | | | | **198.02** |
| Account No.<br><br>**Gregory Poole**<br>**P O Box 60457**<br>**Processing Center**<br>**Charlotte, NC 28260** | - | | Inventory parts | | | | **138.58** |

Sheet no. __17__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,235.80**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.**                                          ,        Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GT PERFORMANCE**<br>**2085 WEST 11ST STREET**<br>**UPLAND, CA 91786** | - | | Jan and prior<br>SERVICE/WARRANTY | | | | 947.73 |
| Account No.<br><br>**Gulf Island Boats**<br>**100 Pinellas Bayway**<br>**Tierra Verde, FL 33715** | - | | BOAT DEPOSIT | | | | 15,000.00 |
| Account No.<br><br>**Guy Foulke**<br>**15 Castlebridge Court**<br>**Hilton Head Island, SC 29925** | - | | Service/Warranty | | | | 180.00 |
| Account No.<br><br>**H'A' FELE**<br>**P.O. BOX 75352**<br>**CHARLOTTE, NC 28275** | - | | June<br>INVENTORY PARTS | | | | 42.25 |
| Account No.<br><br>**HACHETTE/BOATING**<br>**DEPT 5227-28**<br>**PO BOX 71327**<br>**CHICAGO, IL 60694-1327** | - | | May/Jan<br>ADVERTISING | | | | 57,680.00 |

Sheet no. __18__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **73,849.98**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.**                                         ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | June/May MRO SUPPLIES | | | | |
| HAGEMEYER 1001 HOWELL ST GREENVILLE, NC 27834 | - | | | | | | 4,883.62 |
| Account No. | | | Admin fees | | | | |
| Hampton Inn of Washington 1220 West 15th Street Washington, NC 27889 | - | | | | | | 2,273.04 |
| Account No. | | | Jan and prior INVENTORY PARTS | | | | |
| HANDCRAFT MATTRESS 1935 DEERE AVENUE IRVINE, CA 92606 | - | | | | | | 1,730.00 |
| Account No. | | | April INVENTORY PARTS | | | | |
| HARMON CORPORATION PO BOX 665 ROCHESTER, MI 48308 | - | | | | | | 207.02 |
| Account No. | | | June INVENTORY PARTS | | | | |
| HENRY'S ENGINEERING PO BOX 209 BARSTOW, MD 20610 | - | | | | | | 44.12 |

Sheet no. __19__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,137.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fountain Powerboats, Inc.**                                                                                    ,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | June INVENTORY PARTS | | | | |
| HERING PERFORMANCE PROPELLERS 4806 56TH PLACE NE 4E MARYSVILLE, WA 98270 | - | | | | | | 41,500.00 |
| Account No. | | | June/May MRO SUPPLIES | | | | |
| HICKORY SAW & TOOL 406 9TH STREET SE  PO BOX 2407 HICKORY, NC 28603 | - | | | | | | 451.20 |
| Account No. | | | MRO supplies | | | | |
| Hight Paper & Packaging 5430 Old Tar Road Winterville, NC 28590 | - | | | | | | 2,088.74 |
| Account No. | | | April LEGAL FEES | | | | |
| HISCOCK & BARCLAY, LLP 1100 M&T CENTER 3 FOUNTAIN PLAZA BUFFALO, NY 14203-1414 | - | | | | | | 7,245.30 |
| Account No. | | | May INVENTORY PARTS | | | | |
| ILMOR MARINE ENGINES 43939 PLYMOUTH OAKS BOULEVARD PLYMOUTH, MI 48170-2557 | - | | | | | | 95,337.72 |

Sheet no. __20__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

146,622.96

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | June/May MRO SUPPLIES | | | | |
| INDUSTRIAL & CONSTRUCTION ENTERPRISES, INC. PO BOX 127 WASHINGTON, NC 27889 | - | | | | | | 4,166.21 |
| Account No. | | | June/May INVENTORY PARTS | | | | |
| INNOTECH PRODUCTS 2263 ADMINISTRATION DRIVE MARYLAND HEIGHT, MO 63146 | - | | | | | | 3,596.00 |
| Account No. | | | May INVENTORY PARTS | | | | |
| INTEGRATED ILLUMINATION SYSTEM 355 BANTAM LAKE ROAD MORRIS, CT 06763 | - | | | | | | 966.00 |
| Account No. | | | May INVENTORY PARTS | | | | |
| INTERCON MARKETING 1540 NORTHGATE BLVD SARASOTA, FL 34234 | - | | | | | | 62.00 |
| Account No. | | | Jan and prior INVENTORY PARTS | | | | |
| INTERPLASTICS CORP. LOCKBOX #774330 4330 SOLUTIONS CENTER CHICAGO, IL 60677-4003 | - | | | | | | 40,552.00 |

Sheet no. __21__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,342.21

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No.<br><br>**ITC, INC.**<br>**RV SUPPLY**<br>**P.O. BOX 8338**<br>**HOLLAND, MI 49422** | - | | | | **June**<br>**INVENTORY PARTS** | | | | **262.42** |
| Account No.<br><br>**ITT INDUSTRIES**<br>**FINANCIAL RESOURCE CENTER**<br>**POB 371630**<br>**PITTSBURGH, PA 15250-7630** | - | | | | **June/April**<br>**INVENTORY PARTS** | | | | **1,402.08** |
| Account No.<br><br>**Jack Iakovou**<br>**72 Winter Street**<br>**Lexington, MA 02420** | - | | | | **Service/warranty** | | | | **1,600.00** |
| Account No.<br><br>**JAY & KAY MFG..LLC**<br>**72 LOUISE ST.**<br>**CROSWELL, MI 48422** | - | | | | **Feb**<br>**INVENTORY PARTS** | | | | **32,641.14** |
| Account No.<br><br>**JB DESIGN, INC.**<br>**140 BLAZE INDUSTRIAL PKWY**<br>**BEREA, OH 44017** | - | | | | **Mar/Jan**<br>**INVENTORY PARTS** | | | | **4,192.48** |

Sheet no. __22__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **40,098.12**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.**                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Service/warranty | | | | |
| John McInnis 4850 Caswell Orange Beach, AL 36561 | - | | | | | | 800.00 |
| Account No. | | | May INVENTORY PARTS | | | | |
| KENTEC INC. PO BOX 934049 ATLANTA, GA 31193-4049 | - | | | | | | 669.46 |
| Account No. | | | May 2009 FLOORPLAN REPURCHASE | X | | | |
| KEY BANK 4910 TIEDEMAN ROAD BROOKLYN, OH 44144 | - | | | | | | 1,830,095.00 |
| Account No. | | | Jan and prior LEGAL FEES | | | | |
| KOVACH & FARLING CO., LPA 925 LEADER BUILDING 526 SUPERIOR AVENUE EAST CLEVELAND, OH 44114-1401 | - | | | | | | 7,249.55 |
| Account No. | | | May LEGAL FEES | | | | |
| KRUMMEL, DAVID 4920 MCCORMICK DRIVE RICHFIELD, OH 44286 | - | | | | | | 12,500.00 |

Sheet no. __23__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,851,314.01**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.**                                         ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | June DEALER | | | | |
| LAKE CUMBERLAND MARINE RANDY HARTMAN 105 COLLINS AVE SOMERSET, KY 42501 | - | | | | | | 88,829.97 |
| Account No. | | | June/April INVENTORY PARTS | | | | |
| LATHAM MARINE, INC. 280 SW 32ND COURT FT LAUDERDALE, FL 33315 | - | | | | | | 15,512.20 |
| Account No. | | | May INVENTORY PARTS | | | | |
| LAWSON PRODUCTS, INC 2689 PAYSPHERE CIRCLE CHICAGO, IL 60674 | - | | | | | | 6,947.84 |
| Account No. | | | May DEALER | | | | |
| LEGEND MARINE GROUP 1835 FORMS DRIVE # 100 CARROLLTON, TX 75006 | - | | | | | | 81,335.25 |
| Account No. | | | May DEALER | | | | |
| LEGENDARY MARINE 4601 LEGENDARY MARINA DRIVE DESTIN, FL 32541 | - | | | | | | 58,598.97 |

Sheet no. __24__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    251,224.23

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>LENCO<br>4700 S. E. MUNICIPAL COURT<br>STUART, FL 34997 | | - | May<br>INVENTORY PARTS | | | | 1,948.73 |
| Account No.<br><br>LEWIS MARINE SUPPLY<br>P O BOX 890<br>EDENTON, NC 27932 | | - | June/May<br>INVENTORY PARTS | | | | 1,282.23 |
| Account No.<br><br>LIGHTHOUSE BOAT CENTER, INC<br>101000 OVERSEAS HIGHWAY<br>KEY LARGO, FL 33037 | | - | May<br>DEALER | | | | 55,122.60 |
| Account No.<br><br>LIVORSI MARINE INC<br>PO BOX 933658<br>ATLANTA, GA 31193-3658 | | - | June/May<br>INVENTORY PARTS | | | | 10,605.00 |
| Account No.<br><br>Lovett Marine, Inc.P O Box 246<br>Ross, OH 45061 | | - | Inventory parts | | | | 2,389.50 |

Sheet no. __25__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **71,348.06**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Fountain Powerboats, Inc.**                                      , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | June MRO SUPPLIES | | | | |
| LOWES PO BOX 530954 ATLANTA, GA 30353-0954 | - | | | | | | 490.67 |
| Account No. | | | Jan and prior SERVICE/WARRANTY | | | | |
| MACDONALD, STEVEN 3708 AMERICANA DRIVE TAMPA, FL 33634 | - | | | | | | 3,500.00 |
| Account No. | | | May INVENTORY PARTS | | | | |
| MACSTEEL SERVICE CENTER PO BOX 535190 ATLANTA, GA 30353-5190 | - | | | | | | 5,300.17 |
| Account No. | | | May INVENTORY PARTS | | | | |
| MARINCO 23287 NETWORK PLACE CHICAGO, IL 60673-1232 | - | | | | | | 853.82 |
| Account No. | | | June/May INVENTORY PARTS | | | | |
| MARINE EAST PO BOX 400 LAPORTE, IN 46352 | - | | | | | | 646.50 |
| Sheet no. __26__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 10,791.16 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.**                                      ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | June/May INVENTORY PARTS | | | | |
| **MARINE FASTENERS 120 MARITIME DRIVE SANFORD, FL 32771** | - | | | | | | | **2,975.73** |
| Account No. | | | | April/Feb INVENTORY PARTS | | | | |
| **MARINE SYSTEM ,INC 7 WESTSIDE DRIVE ASHEVILLE, NC 28806** | - | | | | | | | **119.79** |
| Account No. | | | | June ADVERTISING | | | | |
| **MARLIN BUSINESS BANK PO BOX 13604 PHILADELPHIA, PA 19101-3604** | - | | | | | | | **1,018.72** |
| Account No. | | | | Jan and prior INVENTORY PARTS | | | | |
| **MCEWEN LUMBER P.O. BOX 403653 ATLANTA, GA 30384-3653** | - | | | | | | | **2,581.78** |
| Account No. | | | | June/April INVENTORY PARTS | | | | |
| **MERCURY MARINE PO BOX 91780 CHICAGO, IL 60693** | - | | | | | | | **325,728.70** |
| Sheet no. __27__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | **332,424.72** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.**                                      ,     Case No. _____
                                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**MERCURY MARINE E-59414<br>P O BOX 91780<br>CHICAGO, IL 60693** | - | | | **June/Mar<br>INVENTORY PARTS** | | | | **9,805.41** |
| Account No.<br><br>**METAL MOULDING CORP.<br>1225 NORTHGATE BUISNESS PARKWA<br>MADISON, TN 37115** | - | | | **Mar<br>INVENTORY PARTS** | | | | **988.50** |
| Account No.<br><br>**MICHELSON'S INC.<br>657 N.W. 157TH STREET<br>MIAMI, FL 33169** | - | | | **Mar<br>MRO SUPPLIES** | | | | **2,257.60** |
| Account No.<br><br>**MIDLAND METALS MANUFACT.<br>1219 LYDIA AVENUE<br>KANSAS CITY, MO 64106** | - | | | **May<br>INVENTORY PARTS** | | | | **21.13** |
| Account No.<br><br>**MILLERS PRECISION ENT.INC<br>6205 INDIANAPOLIS BLVD<br>HAMMOND, IN 46320** | - | | | **June/may<br>MRO SUPPLIES** | | | | **5,133.60** |

Sheet no. __28__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,206.24**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | May | | | | |
| **MOCAP** **13100 MANCHESTER ROAD** **ST. LOUIS, MO 63131** | - | | INVENTORY PARTS | | | | 226.20 |
| Account No. | | | May | | | | |
| **MOELLER MFG. CO., INC.** **PO BOX 200615** **PITTSBURGH, PA 15251-0615** | - | | INVENTORY PARTS | | | | 226.20 |
| Account No. | | | Feb | | | | |
| **MUXO, MARIO** **VILLA CAPARRA J ST. #22** **GUAYNBO   00966** | - | | SERVICE/WARRANTY | | | | 533.50 |
| Account No. | | | Inventory parts | | | | |
| **Myco Trailers Inc.** **2703 29th Ave East** **Bradenton, FL 34208** | - | | | | | | 610.55 |
| Account No. | | | May | | | | |
| **NATIONAL CITY COMMERCIAL CAPITAL** **PO BOX 931034** **CLEVELAND, OH 44193** | - | | LEASING | | | | 2,035.79 |

Sheet no. __29__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **3,632.24**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NAVICO, INC**<br>**12000 EAST SKELLY DRIVE**<br>**TULSA, OK 74128-2486** | - | | **April**<br>**INVENTORY PARTS** | | | | 1,265.67 |
| Account No. <br><br> **NC FOAM INDUSTRIES, INC**<br>**PO BOX 60717**<br>**CHARLOTTE, NC 28260-0717** | - | | **May/April**<br>**INVENTORY PARTS** | | | | 8,487.12 |
| Account No. <br><br> **Newport Engineering Associates**<br>**2950 Airway Avenue, Suite A-13**<br>**Costa Mesa, CA 92626-6005** | - | | **Inventory parts** | | | | 554.76 |
| Account No. <br><br> **NIXON POWER SER. CO.**<br>**PO BOX 934345**<br>**ATLANTA, GA 31193-4345** | - | | **Jan and prior**<br>**INVENTORY PARTS** | | | | 22,100.00 |
| Account No. <br><br> **NMMA**<br>**33928 TREASURY CENTER**<br>**CHICAGO, IL 60694-3900** | - | | **April/Feb**<br>**BOAT SHOW EXPENSE** | | | | 10,245.33 |

Sheet no. __30__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        42,652.88

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fountain Powerboats, Inc.**                                    ,      Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**NORRIS, MCLAUGHLIN & MARCUS**<br>**PO BOX 1018**<br>**SOMERVILLE, NJ 00887-6101** | - | | | | May/Jan<br>**LEGAL FEES** | | | | 8,681.50 |
| Account No.<br><br>**NORTH FLORIDA YACHT SALES**<br>**8940 SAN JOSE BLVD**<br>**JACKSONVILLE, FL 32257** | - | | | | May<br>**DEALER** | | | | 16,529.40 |
| Account No.<br><br>**NOVA KOOL**<br>**1578 HARLEY AVENUE**<br>**COQUITLAM, BC, DA V3K781** | - | | | | Jan and prior<br>**INVENTORY PARTS** | | | | 1,310.00 |
| Account No.<br><br>**NOVAFLEX**<br>**PO BOX 996446**<br>**CHICAGO, IL 60696** | - | | | | May<br>**INVENTORY PARTS** | | | | 585.35 |
| Account No.<br><br>**OILDYNE DIVISION**<br>**5520 NORTH HIGHWAY 169**<br>**MINNEAPOLIS, MN 55428** | - | | | | May<br>**INVENTORY PARTS** | | | | 408.64 |

Sheet no. __31__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    27,514.89

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | MRO Supplies | | | | |
| On-Site Recovery Inc. 116 Longwood Drive Spartanburg, SC 29301 | | - | | | | | | 1,880.00 |
| Account No. | | | | June/may INVENTORY PARTS | | | | |
| ONEAL STEEL PO BOX 934243 ATLANTA, GA 31193-4243 | | - | | | | | | 3,428.56 |
| Account No. | | | | May/April INVENTORY PARTS | | | | |
| ORCA DESIGN & MANUFACTURING 804 CALLE PLANO CAMARILLO, CA 93012-8557 | | - | | | | | | 2,133.40 |
| Account No. | | | | MRO Supplies | | | | |
| Orkin Pest Control 657 C Worthington Road Winterville, NC 28590 | | - | | | | | | 46.29 |
| Account No. | | | | May INVENTORY PARTS | | | | |
| OVAL STRAPPING INC 120 55TH STREET NE FORT PAYNE, AL 35967-8140 | | - | | | | | | 1,740.00 |

Sheet no. __32__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **9,228.25**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> PACER WIRE AND CABLE SPECIALIS<br>1555 APEX ROAD<br>SARASOTA, FL 34240 | - | | June/may<br>INVENTORY PARTS | | | | 3,742.86 |
| Account No. <br><br> PARADIS DU SPORT<br>4191 RTE FOSSAMBAULT<br>ST CATH J-C, QC G0A 2M0 | - | | May<br>DEALER | | | | 63,103.32 |
| Account No. <br><br> PATRICK G. PATEL ASSOCIATES<br>580 NEWARK AVENUE<br>JERSEY CITY, NJ 07306 | - | | Jan and prior<br>LEGAL FEES | | | | 1,875.00 |
| Account No. <br><br> PAXTON COMPANY<br>P O BOX 12103<br>NORFOLK, VA 23541-0103 | - | | June/may<br>INVENTORY PARTS | | | | 1,483.42 |
| Account No. <br><br> PERFORMANCE BOATS MAGAZINE<br>3620 N RANCHO DRIVE, #105<br>LAS VEGAS, NV 89130 | - | | Feb/Jan<br>ADVERTISING | | | | 19,200.00 |

Sheet no. __33__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

89,404.60

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.** _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | June/April INVENTORY PARTS | | | | |
| PIEDMONT FIBERGLASS, INC. PO BOX 538 MOORESVILLE, NC 28115 | - | | | | | | | 6,720.75 |
| Account No. | | | | June/April INVENTORY PARTS | | | | |
| PIEDMONT PLASTICS, INC. P O BOX 890216 CHARLOTTE, NC 28289-0216 | - | | | | | | | 22,312.44 |
| Account No. | | | | May INVENTORY PARTS | | | | |
| PIPEWELDERS MARINE, INC. 2965 W. STATE ROAD 84 MARINA MILE FT. LAUDERDALE, FL 33312-4867 | - | | | | | | | 750.00 |
| Account No. | | | | Advertising | | | | |
| Poker RUns of America Inc. 2-1121 Invictoa Drive Oakville, ONTARIO L6H2RR | - | | | | | | | 7,000.00 |
| Account No. | | | | June/may INVENTORY PARTS | | | | |
| PROFESSIONAL MARINER,   LLC P.O. BOX 968 RYE, NH 03870 | - | | | | | | | 643.76 |

Sheet no. __34__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,426.95

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.**
_____,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**PROGRESS PRINTING**<br>**2677 WATERLICK ROAD**<br>**LYNCHBURG, VA 24502-3645** | - | | **Feb**<br>**ADVERTISING** | | | | 3,930.56 |
| Account No.<br><br>**QUALITY MODELS INTERNATIONAL**<br>**478 SILVER CREEK, INDUSTRIAL D**<br>**R.R. #1**<br>**TECUMSEH, ON N8N 4Y3** | - | | **Jan and prior**<br>**INVENTORY PARTS** | | | | 4,931.28 |
| Account No.<br><br>**R & L Carriers**<br>**P O Box 713153**<br>**Columbus, OH 43271** | - | | **Freight** | | | | 1,357.24 |
| Account No.<br><br>**R & R TEXTILES**<br>**PO BOX 11407**<br>**DRAWER 675**<br>**BIRMINGHAM, AL 35246** | - | | **Feb**<br>**INVENTORY PARTS** | | | | 3,829.40 |
| Account No.<br><br>**R J Galphin and Associates**<br>**315 Van Dyke Drive**<br>**Suite C**<br>**Wilmington, NC 28405** | - | | **Inventory parts** | | | | 2,380.00 |

Sheet no. __35__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **16,428.48**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **RABUD, INC** <br> **110 N BRYAN RD** <br> **DANIA, FL 33004** | - | | **June/April** <br> **INVENTORY PARTS** | | | | 195.00 |
| Account No. <br><br> **REDNECK TRAILERS & SUPPLY** <br> **2100 N. WEST BY-PASS** <br> **SPRINGFIELD, MO 65803** | - | | **May** <br> **MRO SUPPLIES** | | | | 76.49 |
| Account No. <br><br> **REGIONS BANK** <br> **1900 5th Ave N** <br> **Birmingham, AL 35203** | - | | **May 2009** <br> **FLOORPLAN GUARANTY, FOUNTAIN DEALERS' POWERBOATS SUPERSTORE, INC.** | | | | 613,200.65 |
| Account No. <br><br> **Reliatex** <br> **6004 Bonacker Drive** <br> **Tampa, FL 33611** | - | | **Inventory parts** | | | | 106.30 |
| Account No. <br><br> **Rex Marine** <br> **600 A Terrace Drive** <br> **San Dimas, CA 91733** | - | | **Inventory parts** | | | | 476.56 |

Sheet no. __36__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **614,055.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Fountain Powerboats, Inc.** _____ , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Inventory parts | | | | |
| Ritchie Navigation 243 Oak Street P O Box 548 Pembroke, MA 02359 | | - | | | | | 329.61 |
| Account No. | | | May/April ADMIN FEES | | | | |
| RMSOURCE 1225 CRESCENT GREEN SUITE 120 CARY, NC 27518 | | - | | | | | 2,780.30 |
| Account No. | | | June/may INVENTORY PARTS | | | | |
| S S I 43985 Commerce Ave HOLLYWOOD, MD 20636 | | - | | | | | 142.75 |
| Account No. | | | June/may INVENTORY PARTS | | | | |
| SCANDVIK, INC. 423 4TH PLACE S.W. VERO BEACH, FL 32962 | | - | | | | | 35.10 |
| Account No. | | | June/may INVENTORY PARTS | | | | |
| SEALAND TECHNOLOGY, INC. DEPT CH 17587 PALATINE, IL 60055-7587 | | - | | | | | 3,374.45 |

Sheet no. __37__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,662.21

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SEAWARD PRODUCTS, INC.**<br>**3721 CAPITAL AVE**<br>**WHITTIER, CA 90601-1732** | - | | **May**<br>**INVENTORY PARTS** | | | | 185.40 |
| Account No.<br><br>**SHACKLETON & HAZELTINE**<br>**2119 LONG BEACH BOULEVARD**<br>**SHIP BOTTOM, NJ 08008** | - | | **April/Feb**<br>**LEGAL FEES** | | | | 8,267.75 |
| Account No.<br><br>**SHOGREN PERFORMANCE MARINE**<br>**3830 SUNSET AVENUE**<br>**WAUKEGAN, IL 60087** | - | | **May/April**<br>**DEALER** | | | | 28,739.00 |
| Account No.<br><br>**SHOW MANAGEMENT, INC**<br>**1115 NE 9TH AVENUE**<br>**FT. LAUDERDALE, FL 33304** | - | | **Jan and prior**<br>**BOAT SHOW EXPENSE** | | | | 4,686.00 |
| Account No.<br><br>**SHUFORD MILLS, LLC**<br>**PO BOX 2228**<br>**HICKORY, NC 28603** | - | | **May/April**<br>**INVENTORY PARTS** | | | | 6,397.48 |

Sheet no. __38__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        48,275.63

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.** _____,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | June/may INVENTORY PARTS | | | | |
| SHURFLO, LLC 13265 COLLECTION CENTER DRIVE CHICAGO, IL 60693 | - | | | | | | 398.95 |
| Account No. | | | Jan and prior MRO SUPPLIES | | | | |
| SIGMATEK SYSTEMS LLC 1445 KEMPER MEADOW DRIVE CINCINNATI, OH 45240-1637 | - | | | | | | 2,999.00 |
| Account No. | | | June/may INVENTORY PARTS | | | | |
| SIGN SUPPLY USA OF RALEIGH 1711 BLOUDN ROAD PAMPANO BEACH, FL 33069 | - | | | | | | 4,170.35 |
| Account No. | | | June DEALER | | | | |
| SILVER SANDS MARINE 103 WEIRS RD GILFORD, NH 03249 | - | | | | | | 8,316.00 |
| Account No. | | | Legal Fees | | | | |
| Simms Showers Suite 702 Twenty South Charleston Street Baltimore, MD 21201 | - | | | | | | 14,619.37 |

Sheet no. __39__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **30,503.67**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.**                                           ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SMITH ANDERSON BLOUNT DORSE<br>PO BOX 2611<br>RALEIGH, NC 27602-2611** | - | | **Mar<br>LEGAL FEES** | | | | 7,226.70 |
| Account No.<br><br>**SOUTH AUSTIN MARINE<br>5340 HWY 290W<br>AUSTIN, TX 78735** | - | | **May<br>DEALER** | | | | 61,362.15 |
| Account No.<br><br>**SOUTHCO, INC<br>P BOX 821316<br>PHILADELPHIA, PA 19182-1316** | - | | **May<br>INVENTORY PARTS** | | | | 28.00 |
| Account No.<br><br>**SOUTHCO, INC.<br>P.O. BOX 19182-1316<br>PHILADELPHIA, PA 19182-1316** | - | | **May<br>INVENTORY PARTS** | | | | 1,656.56 |
| Account No.<br><br>**SOUTHEASTERN FREIGHT LINE<br>P O BOX 100104<br>COLUMBIA, SC 29202-3104** | - | | **May<br>FREIGHT** | | | | 745.49 |

Sheet no. __40__ of __48__ sheets attached to Schedule of                                     Subtotal                                | 71,018.90 |
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fountain Powerboats, Inc.**                                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | May 2009 FLOORPLAN REPURCHASE | | | | |
| SOUTHWEST SECURITIES 2302 GUTHRIE ROAD SUITE 100 GARLAND, TX 75043 | - | | | X | | | 4,471.94 |
| Account No. | | | June DEALER | | | | |
| SPORTBOATS MARINE, INC. 17790 SAN CARLOS BLVD. FORT MYERS BEAC, FL 33931 | - | | | | | | 9,059.83 |
| Account No. | | | June DEALER | | | | |
| SPORTS USA GROUP 9293 BAY PINES BLVD. ST. PETERSBURG, FL 33708 | - | | | | | | 18,158.07 |
| Account No. | | | Inventory parts | | | | |
| Spradling International Inc. P O Box 1668 200 Cahaba Valley Parkway Pelham, AL 35124 | - | | | | | | 622.96 |
| Account No. | | | May INVENTORY PARTS | | | | |
| SPRING FIELD MARINE 1093 CYNTHIA STREET SUITE 1 NIXA, MO 65714-7911 | - | | | | | | 1,014.84 |

Sheet no. __41__ of __48__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)              33,327.64

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.**                                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SPRINT WIRELESS** <br> **PO BOX 4181** <br> **CAROL STREAM, IL 60197-4181** | - | | May/April <br> UTILITIES | | | | 886.68 |
| Account No. <br><br> **STAINLESS MARINE** <br> **13800 NW 19TH AVENUE, #2** <br> **OPA-LOCKA, FL 33054** | - | | June/mar <br> INVENTORY PARTS | | | | 2,197.50 |
| Account No. <br><br> **Starbrite** <br> **4041 S W 47th Avenue** <br> **Fort Lauderdale, FL 33314** | - | | Inventory parts | | | | 73.73 |
| Account No. <br><br> **Summation Technology LLC** <br> **155 Kelley Johnson Blvd** <br> **Suite 130** <br> **Colorado Springs, CO 80920** | - | | Inventory parts | | | | 376.00 |
| Account No. <br><br> **SUNCOR STAINLESS,INC.** <br> **70 ARMSTRONG ROAD** <br> **PLYMOUTH, MA 02360** | - | | May <br> INVENTORY PARTS | | | | 357.86 |

Sheet no. __42__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,891.77

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.**                                              ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Inventory parts | | | | |
| **Syntec**<br>**P O Box 1653**<br>**Rome, GA 30162-1653** | | - | | | | | 363.30 |
| Account No. | | | Inventory parts | | | | |
| **T-H Marine Supplies Inc.**<br>**200 Finney Drive**<br>**Huntsville, AL 35824** | | - | | | | | 305.46 |
| Account No. | | | June<br>INVENTORY PARTS | | | | |
| **TACO METALS, INC.**<br>**POB 693840**<br>**MIAMI, FL 33269** | | - | | | | | 3,382.13 |
| Account No. | | | Mar/Jan<br>INVENTORY PARTS | | | | |
| **TAYLOR MADE SYSTEMS-NY**<br>**po box 847200**<br>**BOSTON, MA 02284-7200** | | - | | | | | 2,617.78 |
| Account No. | | | Inventory parts | | | | |
| **Teakdecking Systems**<br>**7061 15th Street East**<br>**Sarasota, FL 34243** | | - | | | | | 1,106.00 |

Sheet no. __43__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        7,774.67

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.**
                                                                    ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**TELEFLEX MORSE**<br>**PO BOX 8500-6865**<br>**PHILADELPHIA, PA 19178-6865** | - | | May<br>INVENTORY PARTS | | | | 1,204.88 |
| Account No.<br><br>**Terrebonne Parish**<br>**General Fund**<br>**P. O. Drawer 1670**<br>**Houma, LA 70361** | - | | Deposit | | | | 100,000.00 |
| Account No.<br><br>**TEXAS SPORTFISHING**<br>**YACHT SALES**<br>**411 SAILFISH #3**<br>**FREEPORT, TX 77541** | - | | May<br>DEALER | | | | 10,850.93 |
| Account No.<br><br>**TEXTRON FINANCIAL**<br>**6110 GOLDEN HILLS DR.**<br>**GOLDEN VALLEY, MN 55416** | - | | April 2009<br>FLOORPLAN REPOSSESSION | | | | 1,291,415.00 |
| Account No.<br><br>**TEXTRON FINANCIAL**<br>**6110 GOLDEN HILLS DR.**<br>**GOLDEN VALLEY, MN 55416** | - | | May 2009<br>FLOORPLAN REPURCHASE | X | | | 5,671,013.00 |

Sheet no. __44__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              7,074,483.81

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.**
_____ ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **THOMAS RUTHERFOORD, INC**<br>**PO BOX 12748**<br>**ROANOKE, VA 24028** | - | | June<br>INSURANCE | | | | 20,918.14 |
| Account No. <br><br> **TOWER FASTENERS COMPANY**<br>**A/R ACCT# 8026**<br>**PO BOX 2377**<br>**HOLTSVILLE, NY 11742** | | | June<br>INVENTORY PARTS | | | | 1,716.25 |
| Account No. <br><br> **TRANSHIELD,INC**<br>**2932 THORNE DRIVE**<br>**ELKHART, IN 46514** | - | | June/may<br>INVENTORY PARTS | | | | 517.89 |
| Account No. <br><br> **TRI VANTAGE LLC**<br>**PO BOX 934832**<br>**ATLANTA, GA 31193-4832** | - | | June/may<br>INVENTORY PARTS | | | | 7,654.12 |
| Account No. <br><br> **Tri-Star Distributing**<br>**P O Box 2986**<br>**Elkhart, IN 46515-2986** | - | | Inventory parts | | | | 2,266.80 |

Sheet no. __45__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,073.20

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fountain Powerboats, Inc.**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **May** | | | | |
| **TRIM LOK INC.** **6855 HERMOSA CIRCLE** **P O BOX 6180** **BUENA PARK, CA 90622-6180** | - | | **INVENTORY PARTS** | | | | 1,373.80 |
| Account No. | | | **May** | | | | |
| **TWIN DISC,INC.** **MILKWAUKEE, WI 53288-0491** | - | | **INVENTORY PARTS** | | | | 21,534.36 |
| Account No. | | | **April** | | | | |
| **UNAFLEX INDUSTRIAL PRODUCTS,IN** **P. O. BOX 5088** **FT LAUDERDALE, FL 33310-5088** | - | | **INVENTORY PARTS** | | | | 256.00 |
| Account No. | | | **April/jan** | | | | |
| **UNIFIRST CORPORATION** **PO BOX 1528** **ROCKY MOUNT, NC 27802** | - | | **MRO SUPPLIES** | | | | 11,456.97 |
| Account No. | | | **Inventory Parts** | | | | |
| **US Digital Media** **1929 W Lone Cactus Drive** **Phoenix, AZ 85027** | - | | | | | | 858.10 |
| Sheet no. __46__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 35,479.23 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fountain Powerboats, Inc.**                                            ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **WARD & SMITH, PA  P O BOX 867  NEW BERN, NC 28560** | - | | April/mar  LEGAL FEES | | | | 26,390.91 |
| Account No.  **Washington Sporting Center  1989 W. 5th Street  Washington, NC 27889** | - | | Inventory parts | | | | 150.00 |
| Account No.  **WATTS SEA TECH, INC  DEPT CH 10442  PALATINE, IN 60055-0442** | - | | April  INVENTORY PARTS | | | | 438.48 |
| Account No.  **WEB-DON  P. O. BOX 601294  CHARLOTTE, NC 28260-1294** | - | | June/may  INVENTORY PARTS | | | | 2,853.24 |
| Account No.  **WES GARDE COMPONENTS, INC  3815 INDUSTRY BLVD  LAKELAND, FL 33811** | - | | June/may  INVENTORY PARTS | | | | 1,715.75 |

Sheet no. __47__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                31,548.38

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fountain Powerboats, Inc.** _____,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | May/april | | | | |
| WHALE WATER SYTEMS, LLC 100 CORPORATE PL STE # 402 PEABODY, MA 01960-3809 | - | | INVENTORY PARTS | | | | 129.95 |
| Account No. | | | June/may | | | | |
| WHITECAP INDUSTRIES, INC. 131 ETHEL RD WEST SUITE #5 PISCATAWAY, NJ 08854 | - | | INVENTORY PARTS | | | | 170.80 |
| Account No. | | | June/April | | | | |
| WIN-TRON  ELECTRONICS 800 ROUTE 71 SPRING LAKE HEI, NJ 07662 | - | | INVENTORY PARTS | | | | 108.74 |
| Account No. | | | June | | | | |
| WOOD WURTH GROUP PO BOX 601182 CHARLOTTE, NC 28260-1182 | - | | INVENTORY PARTS | | | | 1,207.29 |
| Account No. | | | | | | | |

Sheet no. __48__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 1,616.78 |
| Total (Report on Summary of Schedules) | | 32,869,941.21 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re **Fountain Powerboats, Inc.**                                    Case No. _____
_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ABC Moving & Storage**<br>**2011 Stantonburg Road**<br>**Greenville, NC 27858** | **storage of files** |
| **ADP**<br>**201 Regency Executive Park Dr**<br>**Charlotte, NC 28217** | **payroll service** |
| **Bill Litchfield**<br>**655 W 3rd Street**<br>**Washington, NC 27889** | **warehouse storage for boat show equipment** |
| **Brunswick Corp.**<br>**1 North Field Ct**<br>**Lake Forest, IL 60045** | **Master Agreement** |
| **Channel Blade**<br>**2900 Sabre Street**<br>**Virginia Beach, VA 23452** | **website  & web application software and hosting services** |
| **J C Jenkins**<br>**P O Box 333**<br>**Chocowinity, NC 27817** | **mold storage on Gray Road** |
| **Joey Griffin**<br>**5825 US 264 Hwy W**<br>**Washington, NC 27889** | **storage of molds** |
| **Mercury Marine**<br>**Division of Brunswick Corp.**<br>**P O Box 1939**<br>**Fond Du Lac, WI 54935** | **Engine Supply Agreement** |
| **RMSource**<br>**1225 Cresent Green**<br>**Suite 120**<br>**Cary, NC 27518** | **website hosting, technical service** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re   **Fountain Powerboats, Inc.**                                          ,        Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Fountain Powerboats Industries, Inc.**<br>**1653 Whichard's Beach Road**<br>**P O Drawer 457**<br>**Washington, NC 27889**<br>  **guarantor** | **Regions Bank**<br>**1900 5th Ave N**<br>**Birmingham, AL 35203** |
| **Fountain Powerboats Industries, Inc.**<br>**1653 Whichard's Beach Road**<br>**P O Drawer 457**<br>**Washington, NC 27889**<br>  **guarantor** | **Regions Bank**<br>**1900 5th Ave N**<br>**Birmingham, AL 35203** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    Fountain Powerboats, Inc.             Case No. _____

                     Debtor(s)         Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___65___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   August 24, 2009          Signature    /s/ Irving Smith
                                        Irving Smith
                                        Chief Financial Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   Fountain Powerboats, Inc.                                        Case No.                     

                                          Debtor(s)         Chapter     11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None  
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-1,634,940.00 | Income (loss) from operation of business |
| $-7,558,208.00 | Income (loss) from operation of business |

### 2. Income other than from employment or operation of business

None  
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

2

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| see attached exhibit | | $0.00 | $0.00 |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| see attached exhibit | | $0.00 | $0.00 |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| see attached exhibit | | | |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Northen Blue, LLP<br>1414 Highway 54, Suite 435<br>P.O. Box 2208<br>Chapel Hill, NC 27515-2208 | 5/18/09, 6/19/09, 6/26/09 | $25,000 each |

4

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Jacobs Capital, LLC<br>3737 Glenwood Avenue, Suite 100<br>Raleigh, NC 27612 | | $82,845.16 |
| Ward & Smith, PA<br>5430 Wade Park Blvd, Suite 400<br>P O Box 33009<br>Raleigh, NC 27636 | | $10,140.41 |

### 10. Other transfers

**None** ■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**None** ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

**None** ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

**None** ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

**None** ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Irving Smith<br>c/o Fountain Powerboats, Inc.<br>P O Drawer 457<br>Washington, NC 27889 | 2008-2009 |
| John DeLong<br>c/o Fountain Powerboats, Inc.<br>P O Drawer 457<br>Washington, NC 27889 | 2008-2009 |
| Roger Scott | |
| Tim Gallagher<br>c/o Fountain Powerboats, Inc.<br>P O Box 457<br>Washington, NC 27889 | 2008-2009 |
| Vicki Whitehurst<br>c/o Fountain Powerboats, Inc.<br>P O Drawer 457<br>Washington, NC 27889 | |

7

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Pam Gray<br>c/o Fountain Powerboats, Inc.<br>P O Drawer 457<br>Washington, NC 27889 | |
| Tina Ellis<br>c/o Fountain Powerboats, Inc.<br>P O Drawer 457<br>Washington, NC 27889 | |
| Carolyn Avery<br>c/o Fountain Powerboats, Inc.<br>P O Drawer 457<br>Washington, NC 27889 | |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Gregory & Associates, LLC | 1003 Red Banks Road<br>P O Drawer 20157<br>Greenville, NC 27858 | 2008-2009 |
| Dixon-Hughes, PLLC | 2812 South 2750 East<br>Salt Lake City, UT 84109 | 2008-2009 |

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| SEC | Filed consolidated financials with SEC for public availability. |

### 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 9/30/08 | John DeLong | $5,311,365, cost |
| 7/1/09 | John DeLong | $2,446,738, cost |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 9/30/08 | John DeLong<br>c/o Fountain Powerboats, Inc.<br>P O Drawer 457<br>Washington, NC 27889 |
| 7/1/09 | John DeLong<br>c/o Fountain Powerboats, Inc.<br>P O Drawer 457<br>Washington, NC 27889 |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Reginald M. Fountain, Jr.<br>c/o Fountain Powerboats, Inc.<br>P O Drawer 457<br>Washington, NC 27889 | Chairman, CEO, President | 51.6% |
| Irving Smith<br>c/o Fountain Powerboats, Inc.<br>P O Drawer 457<br>Washington, NC 27889 | Chief Financial Officer | |
| Carol J. Price<br>c/o Fountain Powerboats, Inc.<br>P O Drawer 457<br>Washington, NC 27889 | Corporate Secretary/Treasurer | |
| Craig F. Goess<br>c/o Fountain Powerboats, Inc.<br>P O Drawer 457<br>Washington, NC 27889 | Director | |
| David C Miller<br>c/o Fountain Powerboats, Inc.<br>P O Drawer 457<br>Washington, NC 27889 | Director | |
| Anthony J. Romersa<br>c/o Fountain Powerboats, Inc.<br>P O Drawer 457<br>Washington, NC 27889 | Director | |
| Mark L. Spencer<br>c/o Fountain Powerboats, Inc.<br>P O Drawer 457<br>Washington, NC 27889 | Director | |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| R. David Knight | President | |
| Roger Scott | Corproate Secretary/Treasurer | |
| Anthony A. Sarandes | Director | |

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   August 24, 2009                    Signature   /s/ Irving Smith
                                                       Irving Smith
                                                       Chief Financial Officer

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   Fountain Powerboats, Inc.            Case No. _____

                            Debtor(s)      Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | To be determined |
| Prior to the filing of this statement I have received | $ | See parent case |
| Balance Due | $ | To be determined |

2.   The source of the compensation paid to me was:

    ☒ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ☒ Debtor     ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   See Motion to Employ]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Fees as pursuant to Local Rule 2016-1, a copy of which has been provided to the debtor.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____      /s/ John A. Northen, NCSB _____

                                              John A. Northen, NCSB 6789
                                              Northen Blue, L.L.P.
                                              1414 Raleigh Road, Suite 435
                                              P.O. Box 2208
                                              Chapel Hill, NC 27515-2208
                                              (919) 968-4441

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Fountain Powerboats, Inc.** _____ ,

                       Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Fountain Powerboats Industries, Inc.**<br>**1653 Whichard's Beach Road**<br>**P O Drawer 457**<br>**Washington, NC 27889** | **common** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 24, 2009** _____

Signature **/s/ Irving Smith** _____
                **Irving Smith**
                **Chief Financial Officer**

_Penalty for making a false statement or concealing property_: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

## United States Bankruptcy Court
### Eastern District of North Carolina

In re    Fountain Powerboats, Inc. _____    Case No. _____

                                        Debtor(s)    Chapter    11 _____

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true

and correct to the best of my knowledge.

Date:    August 24, 2009 _____    /s/ Irving Smith _____
                                            Irving Smith/Chief Financial Officer
                                            Signer/Title

A & D WATERCARE
700 JOHN SMALL AVENUE
PO BOX 700
WASHINGTON, NC 27889

AIRFLOW, INC
203 AERO COURT
Greensboro, NC 27409

AMERITOOL
7 CENTRE DRIVE
ORCHARD BANK, NY 14127

A I M SUPPLY CO., INC.
LOCKBOX #536491
PHOENIX BUSINESS PARK
COLLEGE PARK, GA 30349

AIRGAS NATIONAL WELDERS
PO BOX 601985
CHARLOTTE, NC 28260-1985

AQUA CUT TECHNOLOGIES
348 POPLAR AVENUE
SUITE 100
DEVON, PA 19333

ABC Moving & Storage
2011 Stantonburg Road
Greenville, NC 27858

AKERMAN, SENTERFITT & EIDSON,
P.O. BOX 4906
ORLANDO, FL 32802

AQUA TOY STORE
800 SOUTH FEDERAL HWY
POMPANO BEACH, FL 33062

ACCULIFT INC.
17516 DIX ROAD
MELVINDALE, MI 48122

ALLTIZER, INC
28-B INDUSTRIAL PKWY
MOUND HOUSE, NV 89706

Armstrong Marine, Inc.
3140 S.E. Dominica Terrace
Stuart, FL 34997

ACR ELECTRONICS, INC.
PO BOX 414857
BOSTON, MA 02241-4857

AMERICAN EXPRESS
TRAVEL RELATED SERVICES CO INC
P O BOX  650448
DALLAS, TX 75265-0448

ATL
SPEAR ROAD INDUSTRIAL PK
RAMSEY, NJ 07446

ACTIVE DATA SERVICES
PO BOX 63106
CHARLOTTE, NC 28263-3106

AMERICAN EXPRESS/TRAVEL
TRAVEL RELATED SERVICES CO INC
PO BOX 360001
FT.LAUDERDALE, FL 33336-0001

ATTWOOD CORP
78 REMITTANCE DR.-STE1311
CHICAGO, IL 60675

ADP
201 Regency Executive Park Dr
Charlotte, NC 28217

AMERICAN PERFORMANCE MARINE
64 OLD SOUTH RIVER ROAD
EDGEWATER, MD 21037

AVALA MARKETING GROUP
1078 HEADQUARTERS PARK DR
FENTON, MO 63026

ADP, INC
PO BOX 9001006
LOUISVILLE, KY 40290-1006

American SIlk Mills
4605 Payspere Circle
Chicago, IL 60674

Avaya Financial Services
P O Box 93000
Chicago, IL 60673-0001

AFFINITY MEDIA
6420 SYCAMORE LANE, SUITE 100
MAPLE GROVE, MN 55369-9986

AMERIDRIVES POWER TRANSMISSION
PO BOX 1450
MINNEAPOLIS, MN 55485-5931

B2I TECHNOLOGIES
2000 NORTH CENTRAL EXPRESSW
SUITE 209
PLANO, TX 75074

BALLANTYNE PUBLISHING
PO BOX 29585
GREENSBORO, NC 27429

Bernard Engraving Co
6051 Telegraph Road
Toledo, OH 43612

Brunswick Corp.
1 North Field Ct
Lake Forest, IL 60045

BAM MARINE OF FLA, INC
315 SW 15TH AVENUE
POMPANO BEACH, FL 33069

Bill Litchfield
655 W 3rd Street
Washington, NC 27889

Bryan Nelson Schroeder
P O Drawer 1529
Pascagoula, MS 39568-1529

BANK OF AMERICA
MAIL CODE GA7-903-04-27
1355 WIND WOOD CONCOURSE
ALPHARETTA, GA 30005

BILLET PROOF DESIGNS
348 POPLAR AVE
DEVON, PA 19333

BUCKMAN AUTO SUPPLY CO
P O BOX 1805
127 W 5TH ST
WASHINGTON, NC 27889

BANK OF AMERICA
P. O. BOX 87024
YORBA LINDA, CA 92885

BLACKFISH MARINE
1506 DURANLEAU STREET
VANCOUVER, BC V6H3S4

CARDINAL INDUSTRIAL FINISHES
PO BOX 9296
SOUTH EL MONTE, CA 91733-0965

BASS PRODUCTS, INC.
50 GROVE STREET
SALEM, MA 01970

BLUE SEA SYSTEMS
425 SEQUOIA DRIVE
BELLINGHAM, WA 98226

CARVER MACHINE WORKS, INC
129 CHRISTIAN  SERVICE CAMP R
WASHINGTON, NC 27889

Beaufort County
PO Box 633
Washington, NC 27889

Boat Show Direct
955 Ferry Blvd
Stratford, CT 00614

CENTRAL WHOLESALE SUPPLY
PO BOX 7206
NORFOLK, VA 23509

Beaufort Equipment Co Inc
3108 John Small Avenue
Washington, NC 27889

BONNIER CORPORATION
PO BOX 406480
ATLANTA, GA 30384

CHALLENGER   HARDWARE   CO.
25200 CHAGRIN BLVD SUITE 245
BEACHWOOD, OH 44122

BENT MARINE
8001 AIRLINE DRIVE
METAIRIE, LA 70003

Bosworth Co
930 Waterman Ave
East Providence, RI 02914

Channel Blade
2900 Sabre Street
Virginia Beach, VA 23452

BEP Marine, Inc.
23287 Network Place
Chicago, IL 60673-1232

Braun Mfg Inc
1350 Feehanville Dr
Mount Prospect, IL 60056

CHANNEL BLADE TECHNOLOGIES IN
2900 SABRE STREET
VIRGINIA BEACH, VA 23452

CIT Communications Finance Corp
1 CIT Drive
Livingston, NJ 07039

DAIRYLAND ELECTRICAL INC.
PO BOX 187
STOUGHTON, WI 53589

Embarq
P O Box 96064
Charlotte, NC 28296


CIT Technology
21146 Network Place
Chicago, IL 60673-1211

DANIEL R. SMITH
1338 SOUTH KILLIAN DRIVE
SUITE 11
LAKE PARK, FL 33403

Employment Security Commission
700 Wade Avenue
P.O. Box 26504
Raleigh, NC 27611


CIT Technology Financial Services
P O Box 550599
Jacksonville, FL 32255-0599

DOMETIC ENVIRONMENT SYS.-TAYLO
2000 North Andrews Ave Ext.
Pompano Beach, FL 33069

Executive Leasing
P O Box 2978
Greenville, NC 27836


COBRA WIRE & CABLE
PO BOX 790
HATBORO, PA 19040

DPI Marine Inc
1200 Abbott Drive
Elgin, IL 60120

F. RAY MOORE OIL CO, INC
P O BOX 2068
WASHINGTON, NC 27889


COMPOSITES ONE
723 W ALGONQUIN RD.
ARLINGTON HGTS, IL 60005

DR. SHRINK, INC
1606 STATE STREET
MANISTEE, MI 49660

FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH, PA 15250-7461


CON-WAY SOUTHERN
PO BOX 5160
PORTLAND, OR 97208-5160

DUCKY'S BOATS, INC.
4001 VINE STREET
MIDDLETOWN, PA 17057

FedEx Freight East Inc.
P O Box 406708
Atlanta, GA 30384-6708


CRAFT   ORIGINATORS
41A BROCKELEY DRIVE
HAMILTON, ON L8E3C3

E-Tec Marine Products Ltd
7555 Garden Road
Riviera Beach, FL 33404

FIREBOY SYSTEMS DIVISION
P O BOX 152
GRAND RAPIDS, MI 49501-0152


CUMMINS ATLANTIC, INC.
PO BOX 601778
CHARLOTTE, NC 28260-1778

EASTERN HYDRAULIC AND PT
PO   BOX 552
ROCKY MOUNT, NC 27802

Flanders/CSC
531 Flanders Road
Washington, NC 27889


CUSTOM MARINE INC.
PO BOX 934251
ATLANTA, GA 31193-4251

EDDIE MARINE
11479 SIXTH STREET
RANCHO CUCAMONG, CA 91730

FOAM TO SIZE INC.
P O BOX 6368
ASHLAND, VA 23005

FORCE 10   MANUFACTURING CORP.
UNIT A - 19169  21 ST AVE
SURREY, BC V3S 3M3

GARMIN
P. O. BOX 842603
KANASA CITY, MO 64184-2603

GLASER MILLS, INC.
107 NORTHERN BLVD.
GREAT NECK, NY 11021


FORM/TEC  PLASTICS,INC
PO BOX 1672
MARTINSVILLE, IN 46151

GE Capital
1961 Hirst Drive
Moberly, MO 65270

Global Premium Finance Co
c/o Thomas Rutherford Inc.
3101 Glenwood Ave, Suite 105
Raleigh, NC 27612


Fountain Powerboats Industries, Inc.
1653 Whichard's Beach Road
P O Drawer 457
Washington, NC 27889

GE  CAPITAL
PO BOX 740423
ATLANTA, GA 30374-0423

Grainger Inc.
Dept 810868687
P O Box 419267
Kansas City, MO 64141-6267


Fountain  Worldwide
3336 SE Grand Parkway
Stuart, FL 34997

GE COMMERCIAL DISTRIBUTION
FINANCE CORP.
P. O. BOX 74666
CHICAGO, IL 60675-4666

Gregory Poole
P O Box 60457
Processing Center
Charlotte, NC 28260


Frederick  Gross
684 Freeling Drive
Sarasota, FL 34242

GE  COMMERCIAL  DISTRIBUTION
 FINANCE CORP.
P. O. BOX 74666
CHICAGO, IL 60675-4666

GT PERFORMANCE
2085 WEST 11ST STREET
UPLAND, CA 91786


FRISCHKORN,  INC.
PO BOX 536479
ATLANTA, GA 30353-6479

GE COMMERICAL DISTRIBUTION-
FINANCE CORPORATION
PO BOX 74666
CHICAGO, IL 60675-4666

Gulf  Island  Boats
100 Pinellas Bayway
Tierra Verde, FL 33715


G & T Industries (Foam)
2741 Cathy Lane
Jasper, IN 47546

GEM
140 INDUSTRIAL LOOP
ORANGE PARK, FL 32073

Guy  Foulke
15 Castlebridge Court
Hilton Head Island, SC 29925


G & T INDUSTRIES, INC. (Vinyl)
1001 76TH STREET SW
BYRON CENTER, MI 49315

Genova  Product
Dept 116501
P O Box 67000
Detroit, MI 48267

H'A'  FELE
P.O. BOX 75352
CHARLOTTE, NC 28275


Gail A. Villani
c/o William J. Brennan, Esq.
Phillips Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203-2887

Gerber  Scientific  International
Dept CH17522
Palatine, IL 60055-7522

HACHETTE/BOATING
DEPT 5227-28
PO BOX 71327
CHICAGO, IL 60694-1327

HAGEMEYER
1001 HOWELL ST
GREENVILLE, NC 27834

ILMOR MARINE ENGINES
43939 PLYMOUTH OAKS BOULEVARD
PLYMOUTH, MI 48170-2557

J C Jenkins
P O Box 333
Chocowinity, NC 27817

Hampton Inn of Washington
1220 West 15th Street
Washington, NC 27889

INDUSTRIAL & CONSTRUCTION
ENTERPRISES, INC.
PO BOX 127
WASHINGTON, NC 27889

Jack Iakovou
72 Winter Street
Lexington, MA 02420

HANDCRAFT MATTRESS
1935 DEERE AVENUE
IRVINE, CA 92606

INNOTECH PRODUCTS
2263 ADMINISTRATION DRIVE
MARYLAND HEIGHT, MO 63146

James Efstathion
13106 Mandrain Road
Jacksonville, FL 32223

HARMON CORPORATION
PO BOX 665
ROCHESTER, MI 48308

INTEGRATED ILLUMINATION
SYSTEM
355 BANTAM LAKE ROAD
MORRIS, CT 06763

JAY & KAY MFG..LLC
72 LOUISE ST.
CROSWELL, MI 48422

HENRY'S ENGINEERING
PO BOX 209
BARSTOW, MD 20610

INTERCON MARKETING
1540 NORTHGATE BLVD
SARASOTA, FL 34234

JB DESIGN, INC.
140 BLAZE INDUSTRIAL PKWY
BEREA, OH 44017

HERING PERFORMANCE
PROPELLERS
4806 56TH PLACE NE
4E
MARYSVILLE, WA 98270

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

Joey Griffin
5825 US 264 Hwy W
Washington, NC 27889

HICKORY SAW & TOOL
406 9TH STREET SE  PO BOX 2407
HICKORY, NC 28603

INTERPLASTICS CORP.
LOCKBOX #774330
4330 SOLUTIONS CENTER
CHICAGO, IL 60677-4003

John McInnis
4850 Caswell
Orange Beach, AL 36561

Hight Paper & Packaging
5430 Old Tar Road
Winterville, NC 28590

ITC, INC.
RV SUPPLY
P.O. BOX 8338
HOLLAND, MI 49422

Jon C Fisher
22 Stone Creek Park
Owensboro, KY 42303

HISCOCK & BARCLAY, LLP
1100 M&T CENTER
3 FOUNTAIN PLAZA
BUFFALO, NY 14203-1414

ITT INDUSTRIES
FINANCIAL RESOURCE CENTER
POB 371630
PITTSBURGH, PA 15250-7630

KENTEC INC.
PO BOX 934049
ATLANTA, GA 31193-4049

KEY BANK
4910 TIEDEMAN ROAD
BROOKLYN, OH 44144

LEWIS MARINE SUPPLY
P O BOX 890
EDENTON, NC 27932

MARINE FASTENERS
120 MARITIME DRIVE
SANFORD, FL 32771


KOVACH & FARLING CO., LPA
925 LEADER BUILDING
526 SUPERIOR AVENUE EAST
CLEVELAND, OH 44114-1401

LIGHTHOUSE BOAT CENTER, INC
101000 OVERSEAS HIGHWAY
KEY LARGO, FL 33037

MARINE SYSTEM ,INC
7 WESTSIDE DRIVE
ASHEVILLE, NC 28806


KRUMMEL, DAVID
4920 MCCORMICK DRIVE
RICHFIELD, OH 44286

LIVORSI MARINE INC
PO BOX 933658
ATLANTA, GA 31193-3658

Marlin Business
180 E Main Street
Suite 204
Tustin, CA 92780


LAKE CUMBERLAND MARINE
RANDY HARTMAN
105 COLLINS AVE
SOMERSET, KY 42501

Lovett Marine, Inc.P O Box 246
Ross, OH 45061

MARLIN BUSINESS BANK
PO BOX 13604
PHILADELPHIA, PA 19101-3604


LATHAM MARINE, INC.
280 SW 32ND COURT
FT LAUDERDALE, FL 33315

LOWES
PO BOX 530954
ATLANTA, GA 30353-0954

MCEWEN LUMBER
P.O. BOX 403653
ATLANTA, GA 30384-3653


LAWSON PRODUCTS, INC
2689 PAYSPHERE CIRCLE
CHICAGO, IL 60674

MACDONALD, STEVEN
3708 AMERICANA DRIVE
TAMPA, FL 33634

MERCURY MARINE
PO BOX 91780
CHICAGO, IL 60693


Legend Marine Group
1835 Forms Drive # 100
Carrollton, TX 75006

MACSTEEL SERVICE CENTER
PO BOX 535190
ATLANTA, GA 30353-5190

Mercury Marine
Division of Brunswick Corp.
P O Box 1939
Fond Du Lac, WI 54935


LEGENDARY MARINE
4601 LEGENDARY MARINA DRIVE
DESTIN, FL 32541

MARINCO
23287 NETWORK PLACE
CHICAGO, IL 60673-1232

MERCURY MARINE E-59414
P O BOX 91780
CHICAGO, IL 60693


LENCO
4700 S. E. MUNICIPAL COURT
STUART, FL 34997

MARINE EAST
PO BOX 400
LAPORTE, IN 46352

METAL MOULDING CORP.
1225 NORTHGATE BUISNESS PARK
MADISON, TN 37115

MICHELSON'S  INC.
657  N.W.  157TH  STREET
MIAMI, FL 33169

National  City
995  Dalton  Avenue
Cincinnati, OH 45203

NOVA  KOOL
1578  HARLEY  AVENUE
COQUITLAM, BC, DA V3K781


MIDLAND  METALS  MANUFACT.
1219  LYDIA  AVENUE
KANSAS  CITY, MO 64106

NATIONAL  CITY  COMMERCIAL
CAPITAL
PO  BOX  931034
CLEVELAND, OH 44193

NOVAFLEX
PO  BOX  996446
CHICAGO, IL 60696


MILLERS  PRECISION  ENT.INC
6205  INDIANAPOLIS  BLVD
HAMMOND, IN 46320

NAVICO,  INC
12000  EAST  SKELLY  DRIVE
TULSA, OK 74128-2486

OILDYNE  DIVISION
5520  NORTH  HIGHWAY  169
MINNEAPOLIS, MN 55428


MOCAP
13100  MANCHESTER  ROAD
ST. LOUIS, MO 63131

NC  FOAM  INDUSTRIES,  INC
PO  BOX  60717
CHARLOTTE, NC 28260-0717

On-Site  Recovery  Inc.
116  Longwood  Drive
Spartanburg, SC 29301


MOELLER  MFG.  CO.,  INC.
PO  BOX  200615
PITTSBURGH, PA 15251-0615

Newport  Engineering  Associates
2950  Airway  Avenue,  Suite  A-13
Costa  Mesa, CA 92626-6005

ONEAL  STEEL
PO  BOX  934243
ATLANTA, GA 31193-4243


Morgan  Kitchens
28430  Ono  Blvd
Orange  Beach, AL 36561-3252

NIXON  POWER  SER.  CO.
PO  BOX  934345
ATLANTA, GA 31193-4345

ORCA  DESIGN  &  MANUFACTURI
804  CALLE  PLANO
CAMARILLO, CA 93012-8557


MUXO,  MARIO
VILLA  CAPARRA  J  ST.  #22
GUAYNBO 00966

NMMA
33928  TREASURY  CENTER
CHICAGO, IL 60694-3900

Orkin  Pest  Control
657  C  Worthington  Road
Winterville, NC 28590


Myco  Trailers  Inc.
2703  29th  Ave  East
Bradenton, FL 34208

NORRIS,  MCLAUGHLIN  &  MARCUS
PO  BOX  1018
SOMERVILLE, NJ 00887-6101

OVAL  STRAPPING  INC
120  55TH  STREET  NE
FORT  PAYNE, AL 35967-8140


N.C.  DEPT  OF  REVENUE
P.O.  BOX  25000
RALEIGH, NC 27640

NORTH  FLORIDA  YACHT  SALES
8940  SAN  JOSE  BLVD
JACKSONVILLE, FL 32257

PACER  WIRE  AND  CABLE  SPECIA
1555  APEX  ROAD
SARASOTA, FL 34240

PARADIS DU SPORT
4191 RTE FOSSAMBAULT
ST CATH J-C, QC G0A 2M0

PROFESSIONAL MARINER,    LLC
P.O. BOX 968
RYE, NH 03870

Reliatex
6004 Bonacker Drive
Tampa, FL 33611


PATRICK G. PATEL ASSOCIATES
580 NEWARK AVENUE
JERSEY CITY, NJ 07306

PROGRESS PRINTING
2677 WATERLICK ROAD
LYNCHBURG, VA 24502-3645

Rex Marine
600 A Terrace Drive
San Dimas, CA 91733


PAXTON COMPANY
P O BOX 12103
NORFOLK, VA 23541-0103

QUALITY MODELS INTERNATIONAL
478 SILVER CREEK, INDUSTRIAL D
R.R. #1
TECUMSEH, ON N8N 4Y3

Ritchie Navigation
243 Oak Street
P O Box 548
Pembroke, MA 02359


PERFORMANCE BOATS
MAGAZINE
3620 N RANCHO DRIVE, #105
LAS VEGAS, NV 89130

R & L Carriers
P O Box 713153
Columbus, OH 43271

RMSOURCE
1225 CRESCENT GREEN
SUITE 120
CARY, NC 27518


PIEDMONT FIBERGLASS, INC.
PO BOX 538
MOORESVILLE, NC 28115

R & R TEXTILES
PO BOX 11407
DRAWER 675
BIRMINGHAM, AL 35246

RMSource
1225 Cresent Green
Suite 120
Cary, NC 27518


PIEDMONT PLASTICS, INC.
P O BOX 890216
CHARLOTTE, NC 28289-0216

R J Galphin and Associates
315 Van Dyke Drive
Suite C
Wilmington, NC 28405

S S I
43985 Commerce Ave
HOLLYWOOD, MD 20636


PIPEWELDERS MARINE, INC.
2965 W. STATE ROAD 84
MARINA MILE
FT. LAUDERDALE, FL 33312-4867

RABUD, INC
110 N BRYAN RD
DANIA, FL 33004

Salman Hamad
1600 Sh Salman Hwy
Riffa BAHRAIN


Pitney Bowes
2225 American Drive
Neenah, WI 54956-1005

REDNECK TRAILERS & SUPPLY
2100 N. WEST BY-PASS
SPRINGFIELD, MO 65803

SCANDVIK, INC.
423 4TH PLACE S.W.
VERO BEACH, FL 32962


Poker RUns of America Inc.
2-1121 Invictoa Drive
Oakville, ONTARIO L6H2RR

Regions Bank
1900 5th Ave N
Birmingham, AL 35203

SEALAND TECHNOLOGY, INC.
DEPT CH 17587
PALATINE, IL 60055-7587

SEAWARD PRODUCTS, INC.
3721 CAPITAL AVE
WHITTIER, CA 90601-1732

Simms Showers
Suite 702
Twenty South Charleston Street
Baltimore, MD 21201

Spradling International Inc.
P O Box 1668
200 Cahaba Valley Parkway
Pelham, AL 35124

SHACKLETON & HAZELTINE
2119 LONG BEACH BOULEVARD
SHIP BOTTOM, NJ 08008

SMITH ANDERSON BLOUNT DORSE
PO BOX 2611
RALEIGH, NC 27602-2611

SPRING FIELD MARINE
1093 CYNTHIA STREET
SUITE 1
NIXA, MO 65714-7911

SHOGREN PERFORMANCE
 MARINE
3830 SUNSET AVENUE
WAUKEGAN, IL 60087

SOUTH AUSTIN MARINE
5340 HWY 290W
AUSTIN, TX 78735

SPRINT WIRELESS
PO BOX 4181
CAROL STREAM, IL 60197-4181

SHOW MANAGEMENT, INC
1115 NE 9TH AVENUE
FT. LAUDERDALE, FL 33304

SOUTHCO, INC
P BOX 821316
PHILADELPHIA, PA 19182-1316

STAINLESS MARINE
13800 NW 19TH AVENUE, #2
OPA-LOCKA, FL 33054

SHUFORD MILLS, LLC
PO BOX 2228
HICKORY, NC 28603

SOUTHCO, INC.
P.O. BOX 19182-1316
PHILADELPHIA, PA 19182-1316

Starbrite
4041 S W 47th Avenue
Fort Lauderdale, FL 33314

SHURFLO, LLC
13265 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

SOUTHEASTERN FREIGHT LINE
P O BOX 100104
COLUMBIA, SC 29202-3104

Summation Technology LLC
155 Kelley Johnson Blvd
Suite 130
Colorado Springs, CO 80920

SIGMATEK SYSTEMS LLC
1445 KEMPER MEADOW DRIVE
CINCINNATI, OH 45240-1637

SOUTHWEST SECURITIES
2302 GUTHRIE ROAD
SUITE 100
GARLAND, TX 75043

SUNCOR STAINLESS,INC.
70 ARMSTRONG ROAD
PLYMOUTH, MA 02360

SIGN SUPPLY USA OF RALEIGH
1711 BLOUDN ROAD
PAMPANO BEACH, FL 33069

SPORTBOATS MARINE, INC.
17790 SAN CARLOS BLVD.
FORT MYERS BEAC, FL 33931

Syntec
P O Box 1653
Rome, GA 30162-1653

SILVER SANDS MARINE
103 WEIRS RD
GILFORD, NH 03249

SPORTS USA GROUP
9293 BAY PINES BLVD.
ST. PETERSBURG, FL 33708

T-H Marine Supplies Inc.
200 Finney Drive
Huntsville, AL 35824

TACO METALS, INC.
POB 693840
MIAMI, FL 33269

TRANSHIELD,INC
2932 THORNE DRIVE
ELKHART, IN 46514

Washington Sporting Center
1989 W. 5th Street
Washington, NC 27889

TAYLOR MADE SYSTEMS-NY
po box 847200
BOSTON, MA 02284-7200

TRI VANTAGE LLC
PO BOX 934832
ATLANTA, GA 31193-4832

WATTS SEA TECH, INC
DEPT CH 10442
PALATINE, IN 60055-0442

Teakdecking Systems
7061 15th Street East
Sarasota, FL 34243

Tri-Star Distributing
P O Box 2986
Elkhart, IN 46515-2986

WEB-DON
P. O. BOX 601294
CHARLOTTE, NC 28260-1294

TELEFLEX MORSE
PO BOX 8500-6865
PHILADELPHIA, PA 19178-6865

TRIM LOK INC.
6855 HERMOSA CIRCLE
P O BOX 6180
BUENA PARK, CA 90622-6180

WES GARDE COMPONENTS, INC
3815 INDUSTRY BLVD
LAKELAND, FL 33811

Terrebonne Parish
General Fund
P. O. Drawer 1670
Houma, LA 70361

TWIN DISC,INC.
MILKWAUKEE, WI 53288-0491

WHALE WATER SYTEMS, LLC
100 CORPORATE PL STE # 402
PEABODY, MA 01960-3809

TEXAS SPORTFISHING
YACHT SALES
411 SAILFISH #3
FREEPORT, TX 77541

UNAFLEX INDUSTRIAL PRODUCTS,IN
P. O. BOX 5088
FT LAUDERDALE, FL 33310-5088

WHITECAP INDUSTRIES, INC.
131 ETHEL RD WEST SUITE #5
PISCATAWAY, NJ 08854

TEXTRON FINANCIAL
6110 GOLDEN HILLS DR.
GOLDEN VALLEY, MN 55416

UNIFIRST CORPORATION
PO BOX 1528
ROCKY MOUNT, NC 27802

WIN-TRON  ELECTRONICS
800 ROUTE 71
SPRING LAKE HEI, NJ 07662

THOMAS RUTHERFOORD, INC
PO BOX 12748
ROANOKE, VA 24028

US Digital Media
1929 W Lone Cactus Drive
Phoenix, AZ 85027

WOOD WURTH GROUP
PO BOX 601182
CHARLOTTE, NC 28260-1182

TOWER FASTENERS COMPANY
A/R ACCT# 8026
PO BOX 2377
HOLTSVILLE, NY 11742

WARD & SMITH, PA
P O BOX 867
NEW BERN, NC 28560

Xerox Capital Services
Attn: Mail Stop R382-LV440
1301 Ridgeway Drive
Lewisville, TX 75057

# United States Bankruptcy Court
### Eastern District of North Carolina

In re    Fountain Powerboats, Inc. _____

Debtor(s)

Case No. _____

Chapter    11 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Fountain Powerboats, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 24, 2009 _____

Date

/s/ John A. Northen, NCSB _____

John A. Northen, NCSB 6789

Signature of Attorney or Litigant
Counsel for   Fountain Powerboats, Inc. _____

Northen Blue, L.L.P.

1414 Raleigh Road, Suite 435
P.O. Box 2208
Chapel Hill, NC 27515-2208
(919) 968-4441